# **EXHIBIT** B

**Equity Receivership over Nationwide Automated Systems, Inc., et al.**
**Schedule of Investor Payments to and from NASI**
**Firestone, Jeffrey & Wantana**
**Investor Acct. 6-0196 & 6-0444**

|  | Deposits (Investment) | Payments Received | Total Profit Amount |
|---|---|---|---|
| **Firestone, Jeffrey & Wantana** | **$367,000.00** | **$  (610,663.50)** | **$  (243,663.50)** |

**Firestone, Jeffrey & Wantana - Deposits to NASI:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414410 | Deposit | 11/06/01 | Firestone, Jeffrey | 6 ATMs | $75,000.00 | $75,000.00 |
| CNB | 22414410 | Deposit | 05/22/02 | Firestone, Jeffrey | 8 ATMs | $44,000.00 | $119,000.00 |
| CNB | 22414410 | Deposit | 06/22/02 | Firestone, Jeffrey | w/ Check #1885 | $44,000.00 | $163,000.00 |
| CNB | 22414410 | Deposit | 01/29/04 | Firestone, Jeffrey | 1 ATM | $12,000.00 | $175,000.00 |
| CNB | 22414410 | Deposit | 06/25/10 | Firestone, Jeffrey | 5 ATMs | $60,000.00 | $235,000.00 |
| CNB | 22414410 | Deposit | 04/27/12 | Firestone, Jeffrey | 5 ATMs | $60,000.00 | $295,000.00 |
| CNB | 22414410 | Deposit | 06/07/12 | Firestone, Jeffrey | 1 ATM | $12,000.00 | $307,000.00 |
| CNB | 22414410 | Deposit | 04/03/13 | Firestone, Wantana | 5 ATMs | $60,000.00 | $367,000.00 |
|  |  |  |  |  | **Total** | **$367,000.00** |  |

**Firestone, Jeffrey & Wantana - Payments from NASI:**

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 12/01/01 | Firestone, Jeffrey |  | $ (1,250.00) | $ (1,250.00) |
| CNB | 22414399 | Withdrawal | 01/01/02 | Firestone, Jeffrey |  | $ (1,250.00) | $ (2,500.00) |
| CNB | 22414399 | Withdrawal | 02/01/02 | Firestone, Jeffrey |  | $ (1,250.00) | $ (3,750.00) |
| CNB | 22414399 | Withdrawal | 03/01/02 | Firestone, Jeffrey |  | $ (1,250.00) | $ (5,000.00) |
| CNB | 22414399 | Withdrawal | 04/01/02 | Firestone, Jeffrey |  | $ (1,250.00) | $ (6,250.00) |
| CNB | 22414399 | Withdrawal | 05/01/02 | Firestone, Jeffrey |  | $ (1,250.00) | $ (7,500.00) |
| CNB | 22414399 | Withdrawal | 06/01/02 | Firestone, Jeffrey |  | $ (1,983.33) | $ (9,483.33) |
| CNB | 22414399 | Withdrawal | 07/01/02 | Firestone, Jeffrey |  | $ (1,983.33) | $ (11,466.67) |
| CNB | 22414399 | Withdrawal | 08/01/02 | Firestone, Jeffrey |  | $ (2,716.67) | $ (14,183.33) |
| CNB | 22414399 | Withdrawal | 09/01/02 | Firestone, Jeffrey |  | $ (2,716.67) | $ (16,900.00) |
| CNB | 22414399 | Withdrawal | 10/01/02 | Firestone, Jeffrey |  | $ (2,716.67) | $ (19,616.67) |
| CNB | 22414399 | Withdrawal | 11/01/02 | Firestone, Jeffrey |  | $ (2,716.67) | $ (22,333.33) |
| CNB | 22414399 | Withdrawal | 12/01/02 | Firestone, Jeffrey |  | $ (2,716.67) | $ (25,050.00) |
| CNB | 22414399 | Withdrawal | 01/01/03 | Firestone, Jeffrey |  | $ (2,716.67) | $ (27,766.67) |
| CNB | 22414399 | Withdrawal | 02/01/03 | Firestone, Jeffrey |  | $ (2,716.67) | $ (30,483.33) |
| CNB | 22414399 | Withdrawal | 03/01/03 | Firestone, Jeffrey |  | $ (2,716.67) | $ (33,200.00) |
| CNB | 22414399 | Withdrawal | 04/01/03 | Firestone, Jeffrey |  | $ (2,716.67) | $ (35,916.67) |
| CNB | 22414399 | Withdrawal | 05/01/03 | Firestone, Jeffrey |  | $ (2,716.67) | $ (38,633.33) |
| CNB | 22414399 | Withdrawal | 06/01/03 | Firestone, Jeffrey |  | $ (2,716.67) | $ (41,350.00) |
| CNB | 22414399 | Withdrawal | 07/01/03 | Firestone, Jeffrey |  | $ (2,716.67) | $ (44,066.67) |
| CNB | 22414399 | Withdrawal | 08/01/03 | Firestone, Jeffrey |  | $ (2,716.67) | $ (46,783.33) |
| CNB | 22414399 | Withdrawal | 09/01/03 | Firestone, Jeffrey |  | $ (2,716.67) | $ (49,500.00) |
| CNB | 22414399 | Withdrawal | 10/01/03 | Firestone, Jeffrey |  | $ (2,716.67) | $ (52,216.67) |
| CNB | 22414399 | Withdrawal | 11/01/03 | Firestone, Jeffrey |  | $ (2,716.67) | $ (54,933.33) |
| CNB | 22414399 | Withdrawal | 12/01/03 | Firestone, Jeffrey |  | $ (2,716.67) | $ (57,650.00) |
| CNB | 22414399 | Withdrawal | 01/01/04 | Firestone, Jeffrey |  | $ (2,716.67) | $ (60,366.67) |
| CNB | 22414399 | Withdrawal | 02/01/04 | Firestone, Jeffrey |  | $ (2,916.67) | $ (63,283.33) |
| CNB | 22414399 | Withdrawal | 03/01/04 | Firestone, Jeffrey |  | $ (2,916.67) | $ (66,200.00) |
| CNB | 22414399 | Withdrawal | 04/01/04 | Firestone, Jeffrey |  | $ (2,916.67) | $ (69,116.67) |
| CNB | 22414399 | Withdrawal | 05/01/04 | Firestone, Jeffrey |  | $ (2,916.67) | $ (72,033.33) |
| CNB | 22414399 | Withdrawal | 06/01/04 | Firestone, Jeffrey |  | $ (2,916.67) | $ (74,950.00) |
| CNB | 22414399 | Withdrawal | 07/01/04 | Firestone, Jeffrey |  | $ (2,916.67) | $ (77,866.67) |
| CNB | 22414399 | Withdrawal | 08/01/04 | Firestone, Jeffrey |  | $ (2,916.67) | $ (80,783.33) |
| CNB | 22414399 | Withdrawal | 09/01/04 | Firestone, Jeffrey |  | $ (2,916.67) | $ (83,700.00) |
| CNB | 22414399 | Withdrawal | 10/01/04 | Firestone, Jeffrey |  | $ (2,916.67) | $ (86,616.67) |
| CNB | 22414399 | Withdrawal | 11/01/04 | Firestone, Jeffrey |  | $ (2,916.67) | $ (89,533.33) |
| CNB | 22414399 | Withdrawal | 12/01/04 | Firestone, Jeffrey |  | $ (2,916.67) | $ (92,450.00) |
| CNB | 22414399 | Withdrawal | 01/01/05 | Firestone, Jeffrey |  | $ (2,916.67) | $ (95,366.67) |
| CNB | 22414399 | Withdrawal | 02/01/05 | Firestone, Jeffrey |  | $ (2,916.67) | $ (98,283.33) |
| CNB | 22414399 | Withdrawal | 03/01/05 | Firestone, Jeffrey |  | $ (2,916.67) | $ (101,200.00) |
| CNB | 22414399 | Withdrawal | 04/01/05 | Firestone, Jeffrey |  | $ (2,916.67) | $ (104,116.67) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 05/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (107,033.33) |
| CNB | 22414399 | Withdrawal | 06/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (109,950.00) |
| CNB | 22414399 | Withdrawal | 07/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (112,866.67) |
| CNB | 22414399 | Withdrawal | 08/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (115,783.33) |
| CNB | 22414399 | Withdrawal | 09/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (118,700.00) |
| CNB | 22414399 | Withdrawal | 10/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (121,616.67) |
| CNB | 22414399 | Withdrawal | 11/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (124,533.33) |
| CNB | 22414399 | Withdrawal | 12/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (127,450.00) |
| CNB | 2214399 | Withdrawal | 12/01/05 | Firestone, Wantana | | $ (217.50) | $ (127,667.50) |
| CNB | 2214399 | Withdrawal | 01/01/06 | Firestone, Jeffrey | | $ (2,957.50) | $ (130,625.00) |
| CNB | 2214399 | Withdrawal | 01/01/06 | Firestone, Wantana | | $ (205.50) | $ (130,830.50) |
| CNB | 2214399 | Withdrawal | 02/01/06 | Firestone, Jeffrey | | $ (2,934.50) | $ (133,765.00) |
| CNB | 2214399 | Withdrawal | 02/01/06 | Firestone, Wantana | | $ (205.50) | $ (133,970.50) |
| CNB | 2214399 | Withdrawal | 03/01/06 | Firestone, Jeffrey | | $ (2,886.50) | $ (136,857.00) |
| CNB | 2214399 | Withdrawal | 03/01/06 | Firestone, Wantana | | $ (200.00) | $ (137,057.00) |
| CNB | 2214399 | Withdrawal | 04/01/06 | Firestone, Jeffrey | | $ (2,809.00) | $ (139,866.00) |
| CNB | 2214399 | Withdrawal | 04/01/06 | Firestone, Wantana | | $ (193.00) | $ (140,059.00) |
| CNB | 2214399 | Withdrawal | 05/01/06 | Firestone, Jeffrey | | $ (2,890.50) | $ (142,949.50) |
| CNB | 2214399 | Withdrawal | 05/01/06 | Firestone, Wantana | | $ (199.00) | $ (143,148.50) |
| CNB | 2214399 | Withdrawal | 06/01/06 | Firestone, Jeffrey | | $ (2,875.00) | $ (146,023.50) |
| CNB | 2214399 | Withdrawal | 06/01/06 | Firestone, Wantana | | $ (193.50) | $ (146,217.00) |
| CNB | 2214399 | Withdrawal | 07/01/06 | Firestone, Jeffrey | | $ (2,933.50) | $ (149,150.50) |
| CNB | 2214399 | Withdrawal | 07/01/06 | Firestone, Wantana | | $ (193.50) | $ (149,344.00) |
| CNB | 2214399 | Withdrawal | 08/01/06 | Firestone, Jeffrey | | $ (2,899.00) | $ (152,243.00) |
| CNB | 2214399 | Withdrawal | 08/01/06 | Firestone, Wantana | | $ 199.00 | $ (152,044.00) |
| CNB | 2214399 | Withdrawal | 09/01/06 | Firestone, Wantana | | $ (194.00) | $ (152,238.00) |
| CNB | 2214399 | Withdrawal | 09/07/06 | Firestone, Jeffrey | | $ (2,924.50) | $ (155,162.50) |
| CNB | 2214399 | Withdrawal | 10/01/06 | Firestone, Jeffrey | | $ (2,961.50) | $ (158,124.00) |
| CNB | 2214399 | Withdrawal | 10/01/06 | Firestone, Wantana | | $ (190.50) | $ (158,314.50) |
| CNB | 2214399 | Withdrawal | 11/01/06 | Firestone, Jeffrey | | $ (2,899.00) | $ (161,213.50) |
| CNB | 2214399 | Withdrawal | 11/01/06 | Firestone, Wantana | | $ (186.50) | $ (161,400.00) |
| CNB | 2214399 | Withdrawal | 12/01/06 | Firestone, Jeffrey | | $ (2,899.00) | $ (164,299.00) |
| CNB | 2214399 | Withdrawal | 12/01/06 | Firestone, Wantana | | $ (190.00) | $ (164,489.00) |
| CNB | 2214399 | Withdrawal | 12/31/06 | Firestone, Jeffrey | | $ (2,891.00) | $ (167,380.00) |
| CNB | 2214399 | Withdrawal | 12/31/06 | Firestone, Wantana | | $ (195.50) | $ (167,575.50) |
| CNB | 2214399 | Withdrawal | 12/31/06 | Firestone, Wantana | | $ (1,874.50) | $ (169,450.00) |
| CNB | 2214399 | Withdrawal | 02/01/07 | Firestone, Jeffrey | | $ (2,873.50) | $ (172,323.50) |
| CNB | 2214399 | Withdrawal | 02/01/07 | Firestone, Wantana | | $ (199.00) | $ (172,522.50) |
| CNB | 2214399 | Withdrawal | 02/01/07 | Firestone, Wantana | | $ (1,892.00) | $ (174,414.50) |
| CNB | 2214399 | Withdrawal | 03/01/07 | Firestone, Jeffrey | | $ (2,877.00) | $ (177,291.50) |
| CNB | 2214399 | Withdrawal | 03/01/07 | Firestone, Wantana | | $ (193.00) | $ (177,484.50) |
| CNB | 2214399 | Withdrawal | 03/01/07 | Firestone, Wantana | | $ (1,867.50) | $ (179,352.00) |
| CNB | 2214399 | Withdrawal | 04/01/07 | Firestone, Jeffrey | | $ (2,809.50) | $ (182,161.50) |
| CNB | 2214399 | Withdrawal | 04/01/07 | Firestone, Wantana | | $ (190.00) | $ (182,351.50) |
| CNB | 2214399 | Withdrawal | 04/01/07 | Firestone, Wantana | | $ (1,833.00) | $ (184,184.50) |
| CNB | 2214399 | Withdrawal | 05/01/07 | Firestone, Jeffrey | | $ (2,915.50) | $ (187,100.00) |
| CNB | 2214399 | Withdrawal | 05/01/07 | Firestone, Wantana | | $ (195.00) | $ (187,295.00) |
| CNB | 2214399 | Withdrawal | 05/01/07 | Firestone, Wantana | | $ (1,901.00) | $ (189,196.00) |
| CNB | 2214399 | Withdrawal | 06/01/07 | Firestone, Jeffrey | | $ (2,964.00) | $ (192,160.00) |
| CNB | 2214399 | Withdrawal | 06/01/07 | Firestone, Wantana | | $ (199.50) | $ (192,359.50) |
| CNB | 2214399 | Withdrawal | 06/01/07 | Firestone, Wantana | | $ (1,866.00) | $ (194,225.50) |
| CNB | 2214399 | Withdrawal | 07/01/07 | Firestone, Jeffrey | | $ (3,004.00) | $ (197,229.50) |
| CNB | 2214399 | Withdrawal | 07/01/07 | Firestone, Wantana | | $ (191.00) | $ (197,420.50) |
| CNB | 2214399 | Withdrawal | 07/01/07 | Firestone, Wantana | | $ (1,931.50) | $ (199,352.00) |
| CNB | 2214399 | Withdrawal | 08/01/07 | Firestone, Jeffrey | | $ (2,992.00) | $ (202,344.00) |
| CNB | 2214399 | Withdrawal | 08/01/07 | Firestone, Wantana | | $ (187.00) | $ (202,531.00) |
| CNB | 2214399 | Withdrawal | 09/07/07 | Firestone, Jeffrey & Wantana | | $ (2,959.00) | $ (205,490.00) |
| CNB | 2214399 | Withdrawal | 10/04/07 | Firestone, Jeffrey & Wantana | | $ (2,935.50) | $ (208,425.50) |
| CNB | 2214399 | Withdrawal | 11/07/07 | Firestone, Jeffrey & Wantana | | $ (2,962.50) | $ (211,388.00) |
| CNB | 2214399 | Withdrawal | 11/26/07 | Firestone, Jeffrey & Wantana | | $ (192.50) | $ (211,580.50) |
| CNB | 2214399 | Withdrawal | 11/26/07 | Firestone, Jeffrey & Wantana | | $ (187.00) | $ (211,767.50) |
| CNB | 2214399 | Withdrawal | 11/26/07 | Firestone, Jeffrey & Wantana | | $ (191.00) | $ (211,958.50) |
| CNB | 2214399 | Withdrawal | 12/10/07 | Firestone, Jeffrey & Wantana | | $ (2,979.00) | $ (214,937.50) |
| CNB | 2214399 | Withdrawal | 01/07/08 | Firestone, Jeffrey & Wantana | | $ (186.50) | $ (215,124.00) |
| CNB | 2214399 | Withdrawal | 01/14/08 | Firestone, Jeffrey & Wantana | | $ (3,039.00) | $ (218,163.00) |
| CNB | 2214399 | Withdrawal | 01/17/08 | Firestone, Jeffrey & Wantana | | $ (183.50) | $ (218,346.50) |
| CNB | 2214399 | Withdrawal | 02/11/08 | Firestone, Jeffrey & Wantana | | $ (2,967.00) | $ (221,313.50) |
| CNB | 2214399 | Withdrawal | 03/10/08 | Firestone, Jeffrey & Wantana | | $ (189.00) | $ (221,502.50) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 2214399 | Withdrawal | 03/10/08 | Firestone, Jeffrey & Wantana | | $ (2,953.00) | $ (224,455.50) |
| CNB | 2214399 | Withdrawal | 03/10/08 | Firestone, Jeffrey & Wantana | | $ (193.50) | $ (224,649.00) |
| CNB | 2214399 | Withdrawal | 04/04/08 | Firestone, Jeffrey & Wantana | | $ (2,946.00) | $ (227,595.00) |
| CNB | 2214399 | Withdrawal | 05/05/08 | Firestone, Jeffrey & Wantana | | $ (2,864.50) | $ (230,459.50) |
| CNB | 2214399 | Withdrawal | 06/04/08 | Firestone, Jeffrey & Wantana | | $ (189.00) | $ (230,648.50) |
| CNB | 2214399 | Withdrawal | 06/04/08 | Firestone, Jeffrey & Wantana | | $ (183.00) | $ (230,831.50) |
| CNB | 2214399 | Withdrawal | 06/04/08 | Firestone, Jeffrey & Wantana | | $ (2,861.00) | $ (233,692.50) |
| CNB | 2214399 | Withdrawal | 06/04/08 | Firestone, Jeffrey & Wantana | | $ (185.50) | $ (233,878.00) |
| CNB | 2214399 | Withdrawal | 07/15/08 | Firestone, Jeffrey & Wantana | | $ (2,882.00) | $ (236,760.00) |
| CNB | 2214399 | Withdrawal | 08/04/08 | Firestone, Jeffrey & Wantana | | $ (2,797.50) | $ (239,557.50) |
| CNB | 2214399 | Withdrawal | 09/03/08 | Firestone, Jeffrey & Wantana | | $ (2,852.00) | $ (242,409.50) |
| CNB | 2214399 | Withdrawal | 09/15/08 | Firestone, Jeffrey & Wantana | | $ (181.50) | $ (242,591.00) |
| CNB | 2214399 | Withdrawal | 09/15/08 | Firestone, Jeffrey & Wantana | | $ (176.00) | $ (242,767.00) |
| CNB | 2214399 | Withdrawal | 09/15/08 | Firestone, Jeffrey & Wantana | | $ (180.50) | $ (242,947.50) |
| CNB | 2214399 | Withdrawal | 10/07/08 | Firestone, Jeffrey & Wantana | | $ (2,876.00) | $ (245,823.50) |
| CNB | 2214399 | Withdrawal | 11/12/08 | Firestone, Jeffrey & Wantana | | $ (2,847.00) | $ (248,670.50) |
| CNB | 2214399 | Withdrawal | 11/19/08 | Firestone, Jeffrey & Wantana | | $ (176.00) | $ (248,846.50) |
| CNB | 2214399 | Withdrawal | 11/19/08 | Firestone, Jeffrey & Wantana | | $ (181.00) | $ (249,027.50) |
| CNB | 2214399 | Withdrawal | 12/11/08 | Firestone, Jeffrey & Wantana | | $ (2,784.50) | $ (251,812.00) |
| CNB | 2214399 | Withdrawal | 01/07/09 | Firestone, Jeffrey & Wantana | | $ (2,635.00) | $ (254,447.00) |
| CNB | 2214399 | Withdrawal | 02/06/09 | Firestone, Jeffrey & Wantana | | $ (2,616.50) | $ (257,063.50) |
| CNB | 2214399 | Withdrawal | 02/17/09 | Firestone, Jeffrey & Wantana | | $ (178.50) | $ (257,242.00) |
| CNB | 2214399 | Withdrawal | 02/17/09 | Firestone, Jeffrey & Wantana | | $ (168.50) | $ (257,410.50) |
| CNB | 2214399 | Withdrawal | 02/17/09 | Firestone, Jeffrey & Wantana | | $ (164.50) | $ (257,575.00) |
| CNB | 2214399 | Withdrawal | 03/16/09 | Firestone, Jeffrey & Wantana | | $ (2,544.00) | $ (260,119.00) |
| CNB | 2214399 | Withdrawal | 04/03/09 | Firestone, Jeffrey & Wantana | | $ (2,465.00) | $ (262,584.00) |
| CNB | 2214399 | Withdrawal | 04/06/09 | Firestone, Jeffrey & Wantana | | $ (160.00) | $ (262,744.00) |
| CNB | 2214399 | Withdrawal | 04/27/09 | Firestone, Jeffrey & Wantana | | $ (162.50) | $ (262,906.50) |
| CNB | 2214399 | Withdrawal | 06/09/09 | Firestone, Jeffrey & Wantana | | $ (2,509.50) | $ (265,416.00) |
| CNB | 2214399 | Withdrawal | 06/09/09 | Firestone, Jeffrey & Wantana | | $ (2,483.00) | $ (267,899.00) |
| CNB | 2214399 | Withdrawal | 07/06/09 | Firestone, Jeffrey & Wantana | | $ (2,538.50) | $ (270,437.50) |
| CNB | 2214399 | Withdrawal | 07/27/09 | Firestone, Jeffrey & Wantana | | $ (155.00) | $ (270,592.50) |
| CNB | 2214399 | Withdrawal | 07/27/09 | Firestone, Jeffrey & Wantana | | $ (160.50) | $ (270,753.00) |
| CNB | 2214399 | Withdrawal | 07/27/09 | Firestone, Jeffrey & Wantana | | $ (163.00) | $ (270,916.00) |
| CNB | 2214399 | Withdrawal | 08/11/09 | Firestone, Jeffrey & Wantana | | $ (2,468.00) | $ (273,384.00) |
| CNB | 2214399 | Withdrawal | 09/09/09 | Firestone, Jeffrey & Wantana | | $ (2,471.50) | $ (275,855.50) |
| CNB | 2214399 | Withdrawal | 09/14/09 | Firestone, Jeffrey & Wantana | | $ (162.50) | $ (276,018.00) |
| CNB | 2214399 | Withdrawal | 10/16/09 | Firestone, Jeffrey & Wantana | | $ (165.00) | $ (276,183.00) |
| CNB | 2214399 | Withdrawal | 10/16/09 | Firestone, Jeffrey & Wantana | | $ (2,508.50) | $ (278,691.50) |
| CNB | 2214399 | Withdrawal | 10/16/09 | Firestone, Jeffrey & Wantana | | $ (167.00) | $ (278,858.50) |
| CNB | 2214399 | Withdrawal | 11/04/09 | Firestone, Jeffrey & Wantana | | $ (2,483.00) | $ (281,341.50) |
| CNB | 2214399 | Withdrawal | 12/08/09 | Firestone, Jeffrey & Wantana | | $ (2,485.00) | $ (283,826.50) |
| CNB | 2214399 | Withdrawal | 01/20/10 | Firestone, Jeffrey & Wantana | | $ (2,555.00) | $ (286,381.50) |
| CNB | 2214399 | Withdrawal | 01/20/10 | Firestone, Jeffrey & Wantana | | $ (174.00) | $ (286,555.50) |
| CNB | 2214399 | Withdrawal | 02/09/10 | Firestone, Jeffrey & Wantana | | $ (2,584.50) | $ (289,140.00) |
| CNB | 2214399 | Withdrawal | 02/09/10 | Firestone, Jeffrey & Wantana | | $ (169.50) | $ (289,309.50) |
| CNB | 2214399 | Withdrawal | 03/23/10 | Firestone, Jeffrey & Wantana | | $ (164.00) | $ (289,473.50) |
| CNB | 2214399 | Withdrawal | 03/23/10 | Firestone, Jeffrey & Wantana | | $ (168.00) | $ (289,641.50) |
| CNB | 2214399 | Withdrawal | 03/23/10 | Firestone, Jeffrey & Wantana | | $ (2,645.50) | $ (292,287.00) |
| CNB | 2214399 | Withdrawal | 03/23/10 | Firestone, Jeffrey & Wantana | | $ (174.50) | $ (292,461.50) |
| CNB | 2214399 | Withdrawal | 04/13/10 | Firestone, Jeffrey & Wantana | | $ (2,768.00) | $ (295,229.50) |
| CNB | 2214399 | Withdrawal | 05/11/10 | Firestone, Jeffrey & Wantana | | $ (179.00) | $ (295,408.50) |
| CNB | 2214399 | Withdrawal | 05/11/10 | Firestone, Jeffrey & Wantana | | $ (2,844.50) | $ (298,253.00) |
| CNB | 2214399 | Withdrawal | 05/11/10 | Firestone, Jeffrey & Wantana | | $ (184.50) | $ (298,437.50) |
| CNB | 2214399 | Withdrawal | 06/15/10 | Firestone, Jeffrey & Wantana | | $ (2,824.50) | $ (301,262.00) |
| CNB | 2214399 | Withdrawal | 06/15/10 | Firestone, Jeffrey & Wantana | | $ (188.00) | $ (301,450.00) |
| CNB | 2214399 | Withdrawal | 06/22/10 | Firestone, Jeffrey & Wantana | | $ (5,905.00) | $ (307,355.00) |
| CNB | 2214399 | Withdrawal | 07/06/10 | Firestone, Jeffrey & Wantana | | $ (2,825.00) | $ (310,180.00) |
| CNB | 2214399 | Withdrawal | 07/06/10 | Firestone, Jeffrey & Wantana | | $ (185.50) | $ (310,365.50) |
| CNB | 2214399 | Withdrawal | 08/03/10 | Firestone, Jeffrey & Wantana | | $ (2,887.00) | $ (313,252.50) |
| CNB | 2214399 | Withdrawal | 09/07/10 | Firestone, Jeffrey & Wantana | | $ (4,016.00) | $ (317,268.50) |
| CNB | 2214399 | Withdrawal | 10/05/10 | Firestone, Jeffrey & Wantana | | $ (4,054.50) | $ (321,323.00) |
| CNB | 2214399 | Withdrawal | 10/07/10 | Firestone, Jeffrey & Wantana | | $ (185.50) | $ (321,508.50) |
| CNB | 2214399 | Withdrawal | 10/07/10 | Firestone, Jeffrey & Wantana | | $ (190.00) | $ (321,698.50) |
| CNB | 2214399 | Withdrawal | 10/07/10 | Firestone, Jeffrey & Wantana | | $ (195.00) | $ (321,893.50) |
| CNB | 2214399 | Withdrawal | 11/05/10 | Firestone, Jeffrey & Wantana | | $ (3,996.00) | $ (325,889.50) |
| CNB | 2214399 | Withdrawal | 11/26/10 | Firestone, Jeffrey & Wantana | | $ (193.00) | $ (326,082.50) |
| CNB | 2214399 | Withdrawal | 12/07/10 | Firestone, Jeffrey & Wantana | | $ (4,106.50) | $ (330,189.00) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | | Amount | | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|
| CNB | 2214399 | Withdrawal | 12/07/10 | Firestone, Jeffrey & Wantana | | $ | (201.00) | $ | (330,390.00) |
| CNB | 2214399 | Withdrawal | 01/04/11 | Firestone, Jeffrey & Wantana | | $ | (4,220.00) | $ | (334,610.00) |
| CNB | 2214399 | Withdrawal | 01/06/11 | Firestone, Jeffrey & Wantana | | $ | (208.00) | $ | (334,818.00) |
| CNB | 2214399 | Withdrawal | 02/03/11 | Firestone, Jeffrey & Wantana | | $ | (4,333.00) | $ | (339,151.00) |
| CNB | 2214399 | Withdrawal | 02/03/11 | Firestone, Jeffrey & Wantana | | $ | (213.00) | $ | (339,364.00) |
| CNB | 2214399 | Withdrawal | 03/02/11 | Firestone, Jeffrey & Wantana | | $ | (4,341.50) | $ | (343,705.50) |
| CNB | 2214399 | Withdrawal | 03/14/11 | Firestone, Jeffrey & Wantana | | $ | (218.00) | $ | (343,923.50) |
| CNB | 2214399 | Withdrawal | 04/04/11 | Firestone, Jeffrey & Wantana | | $ | (4,251.50) | $ | (348,175.00) |
| CNB | 2214399 | Withdrawal | 04/04/11 | Firestone, Jeffrey & Wantana | | $ | (213.00) | $ | (348,388.00) |
| CNB | 2214399 | Withdrawal | 04/21/11 | Firestone, Jeffrey & Wantana | | $ | (1,441.00) | $ | (349,829.00) |
| CNB | 2214399 | Withdrawal | 05/04/11 | Firestone, Jeffrey & Wantana | | $ | (4,354.00) | $ | (354,183.00) |
| CNB | 2214399 | Withdrawal | 05/04/11 | Firestone, Jeffrey & Wantana | | $ | (219.00) | $ | (354,402.00) |
| CNB | 2214399 | Withdrawal | 06/02/11 | Firestone, Jeffrey & Wantana | | $ | (4,254.00) | $ | (358,656.00) |
| CNB | 2214399 | Withdrawal | 06/06/11 | Firestone, Jeffrey & Wantana | | $ | (216.50) | $ | (358,872.50) |
| CNB | 2214399 | Withdrawal | 07/05/11 | Firestone, Jeffrey & Wantana | | $ | (4,276.00) | $ | (363,148.50) |
| CNB | 2214399 | Withdrawal | 08/03/11 | Firestone, Jeffrey & Wantana | | $ | (4,358.00) | $ | (367,506.50) |
| CNB | 2214399 | Withdrawal | 08/09/11 | Firestone, Jeffrey & Wantana | | $ | (218.00) | $ | (367,724.50) |
| CNB | 2214399 | Withdrawal | 08/09/11 | Firestone, Jeffrey & Wantana | | $ | (213.50) | $ | (367,938.00) |
| CNB | 2214399 | Withdrawal | 09/02/11 | Firestone, Jeffrey & Wantana | | $ | (4,305.50) | $ | (372,243.50) |
| CNB | 2214399 | Withdrawal | 09/21/11 | Firestone, Jeffrey & Wantana | | $ | (209.00) | $ | (372,452.50) |
| CNB | 2214399 | Withdrawal | 10/04/11 | Firestone, Jeffrey & Wantana | | $ | (4,394.50) | $ | (376,847.00) |
| CNB | 2214399 | Withdrawal | 10/11/11 | Firestone, Jeffrey & Wantana | | $ | (213.50) | $ | (377,060.50) |
| CNB | 2214399 | Withdrawal | 11/04/11 | Firestone, Jeffrey & Wantana | | $ | (4,309.00) | $ | (381,369.50) |
| CNB | 2214399 | Withdrawal | 11/04/11 | Firestone, Jeffrey & Wantana | | $ | (209.00) | $ | (381,578.50) |
| CNB | 2214399 | Withdrawal | 12/05/11 | Firestone, Jeffrey & Wantana | | $ | (4,274.50) | $ | (385,853.00) |
| CNB | 2214399 | Withdrawal | 12/08/11 | Firestone, Jeffrey & Wantana | | $ | (205.00) | $ | (386,058.00) |
| CNB | 2214399 | Withdrawal | 01/05/12 | Firestone, Jeffrey & Wantana | | $ | (4,276.50) | $ | (390,334.50) |
| CNB | 2214399 | Withdrawal | 01/05/12 | Firestone, Jeffrey & Wantana | | $ | (211.50) | $ | (390,546.00) |
| CNB | 2214399 | Withdrawal | 02/02/12 | Firestone, Jeffrey & Wantana | | $ | (4,288.50) | $ | (394,834.50) |
| CNB | 2214399 | Withdrawal | 02/07/12 | Firestone, Jeffrey & Wantana | | $ | (207.50) | $ | (395,042.00) |
| CNB | 2214399 | Withdrawal | 03/02/12 | Firestone, Jeffrey & Wantana | | $ | (4,306.00) | $ | (399,348.00) |
| CNB | 2214399 | Withdrawal | 03/05/12 | Firestone, Jeffrey & Wantana | | $ | (211.00) | $ | (399,559.00) |
| CNB | 2214399 | Withdrawal | 04/04/12 | Firestone, Jeffrey & Wantana | | $ | (207.50) | $ | (399,766.50) |
| CNB | 2214399 | Withdrawal | 04/04/12 | Firestone, Jeffrey & Wantana | | $ | (4,224.00) | $ | (403,990.50) |
| CNB | 2214399 | Withdrawal | 05/03/12 | Firestone, Jeffrey & Wantana | | $ | (4,355.50) | $ | (408,346.00) |
| CNB | 2214399 | Withdrawal | 05/07/12 | Firestone, Jeffrey & Wantana | | $ | (215.50) | $ | (408,561.50) |
| CNB | 2214399 | Withdrawal | 06/04/12 | Firestone, Jeffrey & Wantana | | $ | (4,292.50) | $ | (412,854.00) |
| CNB | 2214399 | Withdrawal | 06/05/12 | Firestone, Jeffrey & Wantana | | $ | (211.50) | $ | (413,065.50) |
| CNB | 2214399 | Withdrawal | 07/09/12 | Firestone, Jeffrey & Wantana | | $ | (5,516.50) | $ | (418,582.00) |
| CNB | 2214399 | Withdrawal | 07/09/12 | Firestone, Jeffrey & Wantana | | $ | (220.50) | $ | (418,802.50) |
| CNB | 2214399 | Withdrawal | 07/16/12 | Firestone, Jeffrey & Wantana | | $ | (666.00) | $ | (419,468.50) |
| CNB | 2214399 | Withdrawal | 08/03/12 | Firestone, Jeffrey & Wantana | | $ | (6,111.50) | $ | (425,580.00) |
| CNB | 2214399 | Withdrawal | 08/03/12 | Firestone, Jeffrey & Wantana | | $ | (216.00) | $ | (425,796.00) |
| CNB | 2214399 | Withdrawal | 09/04/12 | Firestone, Jeffrey & Wantana | | $ | (6,509.00) | $ | (432,305.00) |
| CNB | 2214399 | Withdrawal | 09/06/12 | Firestone, Jeffrey & Wantana | | $ | (211.50) | $ | (432,516.50) |
| CNB | 2214399 | Withdrawal | 10/01/12 | Firestone, Jeffrey & Wantana | | $ | (6,536.00) | $ | (439,052.50) |
| CNB | 2214399 | Withdrawal | 10/09/12 | Firestone, Jeffrey & Wantana | | $ | (209.00) | $ | (439,261.50) |
| CNB | 2214399 | Withdrawal | 11/06/12 | Firestone, Jeffrey & Wantana | | $ | (6,521.50) | $ | (445,783.00) |
| CNB | 2214399 | Withdrawal | 11/06/12 | Firestone, Jeffrey & Wantana | | $ | (215.50) | $ | (445,998.50) |
| CNB | 2214399 | Withdrawal | 12/03/12 | Firestone, Jeffrey & Wantana | | $ | (6,485.00) | $ | (452,483.50) |
| CNB | 2214399 | Withdrawal | 12/07/12 | Firestone, Jeffrey & Wantana | | $ | (222.00) | $ | (452,705.50) |
| CNB | 2214399 | Withdrawal | 01/02/13 | Firestone, Jeffrey & Wantana | | $ | (6,495.00) | $ | (459,200.50) |
| CNB | 2214399 | Withdrawal | 01/15/13 | Firestone, Jeffrey & Wantana | | $ | (216.00) | $ | (459,416.50) |
| CNB | 2214399 | Withdrawal | 02/04/13 | Firestone, Jeffrey & Wantana | | $ | (6,460.50) | $ | (465,877.00) |
| CNB | 2214399 | Withdrawal | 02/05/13 | Firestone, Jeffrey & Wantana | | $ | (220.50) | $ | (466,097.50) |
| CNB | 2214399 | Withdrawal | 03/04/13 | Firestone, Jeffrey & Wantana | | $ | (6,473.50) | $ | (472,571.00) |
| CNB | 2214399 | Withdrawal | 03/04/13 | Firestone, Jeffrey & Wantana | | $ | (225.50) | $ | (472,796.50) |
| CNB | 2214399 | Withdrawal | 04/01/13 | Firestone, Jeffrey & Wantana | | $ | (6,422.50) | $ | (479,219.00) |
| CNB | 2214399 | Withdrawal | 04/02/13 | Firestone, Jeffrey & Wantana | | $ | (220.50) | $ | (479,439.50) |
| CNB | 2214399 | Withdrawal | 05/02/13 | Firestone, Jeffrey & Wantana | | $ | (6,328.50) | $ | (485,768.00) |
| CNB | 2214399 | Withdrawal | 05/08/13 | Firestone, Jeffrey & Wantana | | $ | (217.00) | $ | (485,985.00) |
| CNB | 2214399 | Withdrawal | 06/03/13 | Firestone, Jeffrey & Wantana | | $ | (6,265.00) | $ | (492,250.00) |
| CNB | 2214399 | Withdrawal | 06/04/13 | Firestone, Jeffrey & Wantana | | $ | (213.50) | $ | (492,463.50) |
| CNB | 2214399 | Withdrawal | 07/08/13 | Firestone, Jeffrey & Wantana | | $ | (6,419.00) | $ | (498,882.50) |
| CNB | 2214399 | Withdrawal | 07/15/13 | Firestone, Jeffrey & Wantana | | $ | (2,008.00) | $ | (500,890.50) |
| CNB | 2214399 | Withdrawal | 08/01/13 | Firestone, Jeffrey & Wantana | | $ | (6,419.00) | $ | (507,309.50) |
| CNB | 2214399 | Withdrawal | 09/03/13 | Firestone, Jeffrey & Wantana | | $ | (6,430.50) | $ | (513,740.00) |
| CNB | 2214399 | Withdrawal | 09/05/13 | Firestone, Jeffrey & Wantana | | $ | (2,012.00) | $ | (515,752.00) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | | Cumulative Total | |
|---|---|---|---|---|---|---|---|---|---|
| CNB | 2214399 | Withdrawal | 10/04/13 | Firestone, Jeffrey & Wantana | | $ | (6,439.50) | $ | (522,191.50) |
| CNB | 2214399 | Withdrawal | 10/08/13 | Firestone, Jeffrey & Wantana | | $ | (2,041.00) | $ | (524,232.50) |
| CNB | 2214399 | Withdrawal | 11/06/13 | Firestone, Jeffrey & Wantana | | $ | (6,494.00) | $ | (530,726.50) |
| CNB | 2214399 | Withdrawal | 11/19/13 | Firestone, Jeffrey & Wantana | | $ | (2,033.00) | $ | (532,759.50) |
| CNB | 2214399 | Withdrawal | 12/05/13 | Firestone, Jeffrey & Wantana | | $ | (6,536.00) | $ | (539,295.50) |
| CNB | 2214399 | Withdrawal | 12/05/13 | Firestone, Jeffrey & Wantana | | $ | (2,005.50) | $ | (541,301.00) |
| CNB | 2214399 | Withdrawal | 01/02/14 | Firestone, Jeffrey & Wantana | | $ | (6,560.50) | $ | (547,861.50) |
| CNB | 2214399 | Withdrawal | 01/02/14 | Firestone, Jeffrey & Wantana | | $ | (2,033.50) | $ | (549,895.00) |
| CNB | 2214399 | Withdrawal | 02/04/14 | Firestone, Jeffrey & Wantana | | $ | (6,586.00) | $ | (556,481.00) |
| CNB | 2214399 | Withdrawal | 02/04/14 | Firestone, Jeffrey & Wantana | | $ | (2,050.00) | $ | (558,531.00) |
| CNB | 2214399 | Withdrawal | 03/04/14 | Firestone, Jeffrey & Wantana | | $ | (6,265.00) | $ | (564,796.00) |
| CNB | 2214399 | Withdrawal | 03/04/14 | Firestone, Jeffrey & Wantana | | $ | (2,035.50) | $ | (566,831.50) |
| CNB | 2214399 | Withdrawal | 04/02/14 | Firestone, Jeffrey & Wantana | | $ | (6,136.00) | $ | (572,967.50) |
| CNB | 2214399 | Withdrawal | 04/03/14 | Firestone, Jeffrey & Wantana | | $ | (2,003.50) | $ | (574,971.00) |
| CNB | 2214399 | Withdrawal | 05/05/14 | Firestone, Jeffrey & Wantana | | $ | (6,274.00) | $ | (581,245.00) |
| CNB | 2214399 | Withdrawal | 05/05/14 | Firestone, Jeffrey & Wantana | | $ | (2,024.00) | $ | (583,269.00) |
| CNB | 2214399 | Withdrawal | 06/02/14 | Firestone, Jeffrey & Wantana | | $ | (7,101.50) | $ | (590,370.50) |
| CNB | 2214399 | Withdrawal | 06/03/14 | Firestone, Jeffrey & Wantana | | $ | (2,005.50) | $ | (592,376.00) |
| CNB | 2214399 | Withdrawal | 07/02/14 | Firestone, Jeffrey & Wantana | | $ | (7,180.00) | $ | (599,556.00) |
| CNB | 2214399 | Withdrawal | 07/03/14 | Firestone, Jeffrey & Wantana | | $ | (1,994.50) | $ | (601,550.50) |
| CNB | 2214399 | Withdrawal | 08/06/14 | Firestone, Jeffrey & Wantana | | $ | (7,160.00) | $ | (608,710.50) |
| CNB | 2214399 | Withdrawal | 08/08/14 | Firestone, Jeffrey & Wantana | | $ | (1,953.00) | $ | (610,663.50) |
| | | | | | **Total** | **$** | **(610,663.50)** | | |