DAVID R. ZARO (BAR NO. 124334)
TED FATES (BAR NO. 227809)
TIM C. HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        tfates@allenmatkins.com
        thsu@allenmatkins.com

Attorneys for Plaintiff
WILLIAM J. HOFFMAN, Receiver

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| WILLIAM J. HOFFMAN, Court-appointed permanent receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates,<br><br>          Plaintiff,<br><br>     v.<br><br>JEFFREY FIRESTONE, an individual; and WANTANA FIRESTONE, an individual,<br><br>          Defendants. | Case No. 2:15-cv-8486-SJO-FFM<br><br>REQUEST FOR ENTRY OF DEFAULT OF DEFENDANTS JEFFREY FIRESTONE AND WANTANA FIRESTONE<br><br>Judge: Hon. S. James Otero |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff William J. Hoffman of Trigild, Inc. ("Receiver"), the Court-appointed permanent receiver for Nationwide Automated Systems, Inc. ("NASI"), Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates (collectively with NASI, "Receivership Entities"), by and through counsel, hereby requests that the clerk of the above-entitled Court enter default in this matter against Defendants Jeffrey Firestone and Wantana Firestone ("Defaulting Defendants") on the ground that the Defaulting Defendants have failed to appear or otherwise respond to the properly served Complaint within the time prescribed by the Federal Rules of Civil Procedure.

On October 30, 2015, the Receiver filed the Complaint in the above-entitled action. Copies of the Complaint and Summons issued by the Court were then personally served on Defaulting Defendants on November 3, 2015. (Dkt. Nos. 11, 12.) Accordingly, pursuant to the Federal Rules of Civil Procedure, Defaulting Defendants' responses were due by November 24, 2015. *See* Fed. R. Civ. Proc. Rule 4(e)(1), 12(a)(1)(A).

On November 4, 2015, the Receiver's counsel conferred with Jeffrey Firestone by phone and email to discuss the matter and reminded him that a response to the Complaint must be timely filed and served. Subsequently, on November 17, 2015 and November 23, 2015 (prior to the deadline for Defaulting Defendants to respond), the Receiver's counsel sent additional emails to Jeffrey Firestone again reminding him of the deadline to file a responsive pleading. After having received no responses to the emails, and after the deadline to file a responsive pleading had passed, on November 25, 2015, the Receiver's counsel sent, by way of FedEx and email, a letter to Defaulting Defendants informing them of the Receiver's intent to take their defaults and subsequently seek entry of judgment thereon. Notwithstanding proper service of the Summons and Complaint, and the

1 Receiver's counsel's various emails and letters, as of the date of this filing,
2 Defaulting Defendants have not filed any responsive pleading or motion, or
3 otherwise made any appearance in this action.
4     Accordingly, the Receiver hereby respectfully requests that defaults be
5 immediately entered as against Defaulting Defendants Jeffrey Firestone and
6 Wantana Firestone.

Dated: December 1, 2015

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
DAVID R. ZARO
TED FATES
TIM C. HSU

By:   /s/ Tim C. Hsu
    TIM C. HSU
    Attorneys for Receiver
    WILLIAM J. HOFFMAN