1 | DAVID R. ZARO (BAR NO. 124334)
2 | TED FATES (BAR NO. 227809)
  | TIM C. HSU (BAR NO. 279208)
3 | ALLEN MATKINS LECK GAMBLE
  |   MALLORY & NATSIS LLP
  | 515 South Figueroa Street, Ninth Floor
4 | Los Angeles, California 90071-3309
  | Phone: (213) 622-5555
5 | Fax: (213) 620-8816
  | E-Mail: dzaro@allenmatkins.com
6 |         tfates@allenmatkins.com
  |         thsu@allenmatkins.com
7 |
  | Attorneys for Plaintiff
8 | WILLIAM J. HOFFMAN, Receiver

9 | **UNITED STATES DISTRICT COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA**

11 | **WESTERN DIVISION**

12 | WILLIAM J. HOFFMAN, Court-appointed permanent receiver for

Case No. 2:15-cv-8486-SJO-FFM

13 | Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio
14 | Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries
15 | and affiliates,

DECLARATION OF WILLIAM J. HOFFMAN IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY COURT AS AGAINST DEFENDANTS JEFFREY FIRESTONE AND WANTANA FIRESTONE

16 |          Plaintiff,

17 |    v.

Date:   December 21, 2015
Time:   10:00 a.m.
Ctrm:   1 - 2nd Floor
Judge:  Hon. S. James Otero

18 | JEFFREY FIRESTONE, an individual; and WANTANA FIRESTONE, an
19 | individual,

20 |          Defendants.

## <u>DECLARATION OF WILLIAM J. HOFFMAN</u>

I, William J. Hoffman, declare as follows:

1.      I am the permanent receiver for Nationwide Automated Systems, Inc. ("NASI"), Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates (collectively with NASI, "Receivership Entities"), and was appointed receiver pursuant to the Preliminary Injunction and Orders (1) Freezing Assets; (2) Prohibiting the Destruction of Documents; (3) Requiring Accountings; and (4) Appointing a Receiver ("Preliminary Injunction"), entered by this Court in the Securities and Exchange Commission ("Commission") enforcement action styled as *Securities and Exchange Commission v. Nationwide Automated Systems, Inc., et al.*, United States District Court, Central District of California, Case No. 14-CV-07249-SJO (FFMx) ("SEC Action").

2.      This declaration is made in support of my Application for Entry of Default Judgment by Court ("Application") as against Defendants Jeffrey Firestone and Wantana Firestone ("Defaulting Defendants"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify to such facts under oath.

3.      Based on my review of the Receivership Entities' records, and other documents and information obtained relating to Defaulted Defendants, Defaulted Defendants are not infants or minors, incompetent persons, or persons in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

4.      Since my appointment, my staff and I have reviewed a substantial volume of financial, accounting and banking records to reconstruct transactions of the Receivership Entities in order to perform an accounting of the assets and financial condition of the Receivership Entities. The results of my investigation and review of the available records supports and confirms the Commissions' allegations

1 in the SEC Action, including that NASI operated a Ponzi scheme, sold fictitious

2 ATMs to investors, and made rent and referral fee payments to investors from funds

3 raised from other investors.

4      5.     Through my investigation, and with help from my accounting

5 personnel, I have created an accurate check register showing the checks paid by

6 NASI to investors that cleared the Receivership Entities' accounts, including checks

7 paid to Defaulting Defendants.  This check register was created using information

8 from the Receivership Entities' bank statements and cleared checks, and includes

9 records showing payments the Receivership Entities received from and paid to

10 Defaulting Defendants.  A true and correct list of these payments for Defaulting

11 Defendants, created from the financial, accounting and banking records of the

12 Receivership Entities and accurately reflecting the payments the Receivership

13 Entities received from and paid to Defaulting Defendants, is attached hereto as

14 **Exhibit A** ("Schedule of Payments").

15      6.     As reflected in the Schedule of Payments, Defaulting Defendants

16 received a total of $610,663.50 in payments from NASI which is offset by their

17 initial investments in NASI totaling $367,000.00.  Accordingly, the net amount of

18 purported "profit" paid to Defaulting Defendants and subject to disgorgement is

19 $243,663.50 ("Profit Amount").

20      7.     From my investigation of the Receivership Entities' operations, and my

21 review of their available financial, accounting and banking records, Defaulting

22 Defendants provided no value in exchange for the Profit Amount.  Specifically,

23 there are no records to show that Defaulting Defendants had any business dealings

24 with NASI (or any of the other Receivership Entities) apart from the transactions

25 relating to the purchase and leasing of fictitious ATMs.  In addition, there are no

26 records to show that Defaulting Defendants provided any services or value to the

27 Receivership Entities other than the amounts they paid to NASI as purported

28 investments in the fictitious ATMs.

1     8.     As of the date of this Declaration, I have not received payment from

2   Defaulting Defendants of any portion of the Profit Amount.

3

4        I declare under penalty of perjury under the laws of the State of California

5   that the foregoing is true and correct.

6        Executed this 9th day of December, 2015, at San Diego, California.

7

8                                          WILLIAM J. HOFFMAN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

Equity Receivership over Nationwide Automated Systems, Inc., et al.
Schedule of Investor Payments to and from NASI
Firestone, Jeffrey & Wantana
Investor Acct. 6-0196 & 6-0444

| | Deposits (Investment) | Payments Received | Total Profit Amount |
|---|---|---|---|
| Firestone, Jeffrey & Wantana | $367,000.00 | $ (610,663.50) | $ (243,663.50) |

Firestone, Jeffrey & Wantana - Deposits to NASI:

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414410 | Deposit | 11/06/01 | Firestone, Jeffrey | 6 ATMs | $75,000.00 | $75,000.00 |
| CNB | 22414410 | Deposit | 05/22/02 | Firestone, Jeffrey | 8 ATMs | $44,000.00 | $119,000.00 |
| CNB | 22414410 | Deposit | 06/22/02 | Firestone, Jeffrey | w/ Check #1885 | $44,000.00 | $163,000.00 |
| CNB | 22414410 | Deposit | 01/29/04 | Firestone, Jeffrey | 1 ATM | $12,000.00 | $175,000.00 |
| CNB | 22414410 | Deposit | 06/25/10 | Firestone, Jeffrey | 5 ATMs | $60,000.00 | $235,000.00 |
| CNB | 22414410 | Deposit | 04/22/12 | Firestone, Jeffrey | 5 ATMs | $60,000.00 | $295,000.00 |
| CNB | 22414410 | Deposit | 05/07/12 | Firestone, Jeffrey | 1 ATM | $12,000.00 | $307,000.00 |
| CNB | 22414410 | Deposit | 04/03/13 | Firestone, Wantana | 5 ATMs | $60,000.00 | $367,000.00 |
| | | | | | **Total** | **$367,000.00** | |

Firestone, Jeffrey & Wantana - Payments from NASI:

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 12/01/01 | Firestone, Jeffrey | | $ (1,250.00) | $ (1,250.00) |
| CNB | 22414399 | Withdrawal | 01/01/02 | Firestone, Jeffrey | | $ (1,250.00) | $ (2,500.00) |
| CNB | 22414399 | Withdrawal | 02/01/02 | Firestone, Jeffrey | | $ (1,250.00) | $ (3,750.00) |
| CNB | 22414399 | Withdrawal | 03/01/02 | Firestone, Jeffrey | | $ (1,250.00) | $ (5,000.00) |
| CNB | 22414399 | Withdrawal | 04/01/02 | Firestone, Jeffrey | | $ (1,250.00) | $ (6,250.00) |
| CNB | 22414399 | Withdrawal | 05/01/02 | Firestone, Jeffrey | | $ (1,250.00) | $ (7,500.00) |
| CNB | 22414399 | Withdrawal | 06/01/02 | Firestone, Jeffrey | | $ (1,983.33) | $ (9,483.33) |
| CNB | 22414399 | Withdrawal | 07/01/02 | Firestone, Jeffrey | | $ (1,983.33) | $ (11,466.67) |
| CNB | 22414399 | Withdrawal | 08/01/02 | Firestone, Jeffrey | | $ (2,716.67) | $ (14,183.33) |
| CNB | 22414399 | Withdrawal | 09/01/02 | Firestone, Jeffrey | | $ (2,716.67) | $ (16,900.00) |
| CNB | 22414399 | Withdrawal | 10/01/02 | Firestone, Jeffrey | | $ (2,716.67) | $ (19,616.67) |
| CNB | 22414399 | Withdrawal | 11/01/02 | Firestone, Jeffrey | | $ (2,716.67) | $ (22,333.33) |
| CNB | 22414399 | Withdrawal | 12/01/02 | Firestone, Jeffrey | | $ (2,716.67) | $ (25,050.00) |
| CNB | 22414399 | Withdrawal | 01/01/03 | Firestone, Jeffrey | | $ (2,716.67) | $ (27,766.67) |
| CNB | 22414399 | Withdrawal | 02/01/03 | Firestone, Jeffrey | | $ (2,716.67) | $ (30,483.33) |
| CNB | 22414399 | Withdrawal | 03/01/03 | Firestone, Jeffrey | | $ (2,716.67) | $ (33,200.00) |
| CNB | 22414399 | Withdrawal | 04/01/03 | Firestone, Jeffrey | | $ (2,716.67) | $ (35,916.67) |
| CNB | 22414399 | Withdrawal | 05/01/03 | Firestone, Jeffrey | | $ (2,716.67) | $ (38,633.33) |
| CNB | 22414399 | Withdrawal | 06/01/03 | Firestone, Jeffrey | | $ (2,716.67) | $ (41,350.00) |
| CNB | 22414399 | Withdrawal | 07/01/03 | Firestone, Jeffrey | | $ (2,716.67) | $ (44,066.67) |
| CNB | 22414399 | Withdrawal | 08/01/03 | Firestone, Jeffrey | | $ (2,716.67) | $ (46,783.33) |
| CNB | 22414399 | Withdrawal | 09/01/03 | Firestone, Jeffrey | | $ (2,716.67) | $ (49,500.00) |
| CNB | 22414399 | Withdrawal | 10/01/03 | Firestone, Jeffrey | | $ (2,716.67) | $ (52,216.67) |
| CNB | 22414399 | Withdrawal | 11/01/03 | Firestone, Jeffrey | | $ (2,716.67) | $ (54,933.33) |
| CNB | 22414399 | Withdrawal | 12/01/03 | Firestone, Jeffrey | | $ (2,716.67) | $ (57,650.00) |
| CNB | 22414399 | Withdrawal | 01/01/04 | Firestone, Jeffrey | | $ (2,716.67) | $ (60,366.67) |
| CNB | 22414399 | Withdrawal | 02/01/04 | Firestone, Jeffrey | | $ (2,916.67) | $ (63,283.33) |
| CNB | 22414399 | Withdrawal | 03/01/04 | Firestone, Jeffrey | | $ (2,916.67) | $ (66,200.00) |
| CNB | 22414399 | Withdrawal | 04/01/04 | Firestone, Jeffrey | | $ (2,916.67) | $ (69,116.67) |
| CNB | 22414399 | Withdrawal | 05/01/04 | Firestone, Jeffrey | | $ (2,916.67) | $ (72,033.33) |
| CNB | 22414399 | Withdrawal | 06/01/04 | Firestone, Jeffrey | | $ (2,916.67) | $ (74,950.00) |
| CNB | 22414399 | Withdrawal | 07/01/04 | Firestone, Jeffrey | | $ (2,916.67) | $ (77,866.67) |
| CNB | 22414399 | Withdrawal | 08/01/04 | Firestone, Jeffrey | | $ (2,916.67) | $ (80,783.33) |
| CNB | 22414399 | Withdrawal | 09/01/04 | Firestone, Jeffrey | | $ (2,916.67) | $ (83,700.00) |
| CNB | 22414399 | Withdrawal | 10/01/04 | Firestone, Jeffrey | | $ (2,916.67) | $ (86,616.67) |
| CNB | 22414399 | Withdrawal | 11/01/04 | Firestone, Jeffrey | | $ (2,916.67) | $ (89,533.33) |
| CNB | 22414399 | Withdrawal | 12/01/04 | Firestone, Jeffrey | | $ (2,916.67) | $ (92,450.00) |
| CNB | 22414399 | Withdrawal | 01/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (95,366.67) |
| CNB | 22414399 | Withdrawal | 02/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (98,283.33) |
| CNB | 22414399 | Withdrawal | 03/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (101,200.00) |
| CNB | 22414399 | Withdrawal | 04/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (104,116.67) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 05/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (107,033.33) |
| CNB | 22414399 | Withdrawal | 06/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (109,950.00) |
| CNB | 22414399 | Withdrawal | 07/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (112,866.67) |
| CNB | 22414399 | Withdrawal | 08/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (115,783.33) |
| CNB | 22414399 | Withdrawal | 09/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (118,700.00) |
| CNB | 22414399 | Withdrawal | 10/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (121,616.67) |
| CNB | 22414399 | Withdrawal | 11/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (124,533.33) |
| CNB | 22414399 | Withdrawal | 12/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (127,450.00) |
| CNB | 2214399 | Withdrawal | 12/01/05 | Firestone, Wantana | | $ (217.50) | $ (127,667.50) |
| CNB | 2214399 | Withdrawal | 01/01/06 | Firestone, Jeffrey | | $ (2,957.50) | $ (130,625.00) |
| CNB | 2214399 | Withdrawal | 01/01/06 | Firestone, Wantana | | $ (205.50) | $ (130,830.50) |
| CNB | 2214399 | Withdrawal | 02/01/06 | Firestone, Jeffrey | | $ (2,934.50) | $ (133,765.00) |
| CNB | 2214399 | Withdrawal | 02/01/06 | Firestone, Wantana | | $ (205.50) | $ (133,970.50) |
| CNB | 2214399 | Withdrawal | 03/01/06 | Firestone, Jeffrey | | $ (2,886.50) | $ (136,857.00) |
| CNB | 2214399 | Withdrawal | 03/01/06 | Firestone, Wantana | | $ (200.00) | $ (137,057.00) |
| CNB | 2214399 | Withdrawal | 04/01/06 | Firestone, Jeffrey | | $ (2,809.00) | $ (139,866.00) |
| CNB | 2214399 | Withdrawal | 04/01/06 | Firestone, Wantana | | $ (193.00) | $ (140,059.00) |
| CNB | 2214399 | Withdrawal | 05/01/06 | Firestone, Jeffrey | | $ (2,890.50) | $ (142,949.50) |
| CNB | 2214399 | Withdrawal | 05/01/06 | Firestone, Wantana | | $ (199.00) | $ (143,148.50) |
| CNB | 2214399 | Withdrawal | 06/01/06 | Firestone, Jeffrey | | $ (2,875.00) | $ (146,023.50) |
| CNB | 2214399 | Withdrawal | 06/01/06 | Firestone, Wantana | | $ (193.50) | $ (146,217.00) |
| CNB | 2214399 | Withdrawal | 07/01/06 | Firestone, Jeffrey | | $ (2,933.50) | $ (149,150.50) |
| CNB | 2214399 | Withdrawal | 07/01/06 | Firestone, Wantana | | $ (193.50) | $ (149,344.00) |
| CNB | 2214399 | Withdrawal | 08/01/06 | Firestone, Jeffrey | | $ (2,899.00) | $ (152,243.00) |
| CNB | 2214399 | Withdrawal | 08/01/06 | Firestone, Wantana | | $ 199.00 | $ (152,044.00) |
| CNB | 2214399 | Withdrawal | 09/01/06 | Firestone, Wantana | | $ (194.00) | $ (152,238.00) |
| CNB | 2214399 | Withdrawal | 09/01/06 | Firestone, Wantana | | $ (2,924.50) | $ (155,162.50) |
| CNB | 2214399 | Withdrawal | 10/01/06 | Firestone, Jeffrey | | $ (2,961.50) | $ (158,124.00) |
| CNB | 2214399 | Withdrawal | 10/01/06 | Firestone, Wantana | | $ (190.50) | $ (158,314.50) |
| CNB | 2214399 | Withdrawal | 11/01/06 | Firestone, Jeffrey | | $ (2,899.00) | $ (161,213.50) |
| CNB | 2214399 | Withdrawal | 11/01/06 | Firestone, Wantana | | $ (186.50) | $ (161,400.00) |
| CNB | 2214399 | Withdrawal | 12/01/06 | Firestone, Jeffrey | | $ (2,899.00) | $ (164,299.00) |
| CNB | 2214399 | Withdrawal | 12/01/06 | Firestone, Wantana | | $ (190.00) | $ (164,489.00) |
| CNB | 2214399 | Withdrawal | 12/31/06 | Firestone, Jeffrey | | $ (2,891.00) | $ (167,380.00) |
| CNB | 2214399 | Withdrawal | 12/31/06 | Firestone, Wantana | | $ (195.50) | $ (167,575.50) |
| CNB | 2214399 | Withdrawal | 12/31/06 | Firestone, Wantana | | $ (1,874.50) | $ (169,450.00) |
| CNB | 2214399 | Withdrawal | 02/01/07 | Firestone, Jeffrey | | $ (2,873.50) | $ (172,323.50) |
| CNB | 2214399 | Withdrawal | 02/01/07 | Firestone, Wantana | | $ (199.00) | $ (172,522.50) |
| CNB | 2214399 | Withdrawal | 02/01/07 | Firestone, Wantana | | $ (1,892.00) | $ (174,414.50) |
| CNB | 2214399 | Withdrawal | 03/01/07 | Firestone, Jeffrey | | $ (2,877.00) | $ (177,291.50) |
| CNB | 2214399 | Withdrawal | 03/01/07 | Firestone, Jeffrey | | $ (193.00) | $ (177,484.50) |
| CNB | 2214399 | Withdrawal | 03/01/07 | Firestone, Wantana | | $ (1,867.50) | $ (179,352.00) |
| CNB | 2214399 | Withdrawal | 04/01/07 | Firestone, Jeffrey | | $ (2,809.50) | $ (182,161.50) |
| CNB | 2214399 | Withdrawal | 04/01/07 | Firestone, Wantana | | $ (190.00) | $ (182,351.50) |
| CNB | 2214399 | Withdrawal | 05/01/07 | Firestone, Jeffrey | | $ (1,833.00) | $ (184,184.50) |
| CNB | 2214399 | Withdrawal | 05/01/07 | Firestone, Jeffrey | | $ (2,915.50) | $ (187,100.00) |
| CNB | 2214399 | Withdrawal | 05/01/07 | Firestone, Wantana | | $ (195.00) | $ (187,295.00) |
| CNB | 2214399 | Withdrawal | 05/01/07 | Firestone, Wantana | | $ (1,901.00) | $ (189,196.00) |
| CNB | 2214399 | Withdrawal | 06/01/07 | Firestone, Jeffrey | | $ (2,964.00) | $ (192,160.00) |
| CNB | 2214399 | Withdrawal | 06/01/07 | Firestone, Wantana | | $ (199.50) | $ (192,359.50) |
| CNB | 2214399 | Withdrawal | 06/01/07 | Firestone, Wantana | | $ (1,866.00) | $ (194,225.50) |
| CNB | 2214399 | Withdrawal | 07/01/07 | Firestone, Jeffrey | | $ (3,004.00) | $ (197,229.50) |
| CNB | 2214399 | Withdrawal | 07/01/07 | Firestone, Wantana | | $ (191.00) | $ (197,420.50) |
| CNB | 2214399 | Withdrawal | 07/01/07 | Firestone, Wantana | | $ (1,931.50) | $ (199,352.00) |
| CNB | 2214399 | Withdrawal | 08/01/07 | Firestone, Jeffrey | | $ (2,992.00) | $ (202,344.00) |
| CNB | 2214399 | Withdrawal | 08/01/07 | Firestone, Wantana | | $ (187.00) | $ (202,531.00) |
| CNB | 2214399 | Withdrawal | 09/07/07 | Firestone, Jeffrey & Wantana | | $ (2,959.00) | $ (205,490.00) |
| CNB | 2214399 | Withdrawal | 10/04/07 | Firestone, Jeffrey & Wantana | | $ (2,935.50) | $ (208,425.50) |
| CNB | 2214399 | Withdrawal | 11/07/07 | Firestone, Jeffrey & Wantana | | $ (2,962.50) | $ (211,388.00) |
| CNB | 2214399 | Withdrawal | 11/26/07 | Firestone, Jeffrey & Wantana | | $ (192.50) | $ (211,580.50) |
| CNB | 2214399 | Withdrawal | 11/26/07 | Firestone, Jeffrey & Wantana | | $ (187.00) | $ (211,767.50) |
| CNB | 2214399 | Withdrawal | 11/26/07 | Firestone, Jeffrey & Wantana | | $ (191.00) | $ (211,958.50) |
| CNB | 2214399 | Withdrawal | 12/10/07 | Firestone, Jeffrey & Wantana | | $ (2,979.00) | $ (214,937.50) |
| CNB | 2214399 | Withdrawal | 01/07/08 | Firestone, Jeffrey & Wantana | | $ (186.50) | $ (215,124.00) |
| CNB | 2214399 | Withdrawal | 01/14/08 | Firestone, Jeffrey & Wantana | | $ (3,039.00) | $ (218,163.00) |
| CNB | 2214399 | Withdrawal | 01/17/08 | Firestone, Jeffrey & Wantana | | $ (183.50) | $ (218,346.50) |
| CNB | 2214399 | Withdrawal | 02/11/08 | Firestone, Jeffrey & Wantana | | $ (2,967.00) | $ (221,313.50) |
| CNB | 2214399 | Withdrawal | 03/10/08 | Firestone, Jeffrey & Wantana | | $ (189.00) | $ (221,502.50) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | | Cumulative Total | |
|---|---|---|---|---|---|---|---|---|---|
| CNB | 2214399 | Withdrawal | 03/10/08 | Firestone, Jeffrey & Wantana | | $ | (2,953.00) | $ | (224,455.50) |
| CNB | 2214399 | Withdrawal | 03/10/08 | Firestone, Jeffrey & Wantana | | $ | (193.50) | $ | (224,649.00) |
| CNB | 2214399 | Withdrawal | 04/04/08 | Firestone, Jeffrey & Wantana | | $ | (2,946.00) | $ | (227,595.00) |
| CNB | 2214399 | Withdrawal | 05/05/08 | Firestone, Jeffrey & Wantana | | $ | (2,864.50) | $ | (230,459.50) |
| CNB | 2214399 | Withdrawal | 06/04/08 | Firestone, Jeffrey & Wantana | | $ | (189.00) | $ | (230,648.50) |
| CNB | 2214399 | Withdrawal | 06/04/08 | Firestone, Jeffrey & Wantana | | $ | (183.00) | $ | (230,831.50) |
| CNB | 2214399 | Withdrawal | 06/04/08 | Firestone, Jeffrey & Wantana | | $ | (2,861.00) | $ | (233,692.50) |
| CNB | 2214399 | Withdrawal | 06/04/08 | Firestone, Jeffrey & Wantana | | $ | (185.50) | $ | (233,878.00) |
| CNB | 2214399 | Withdrawal | 07/15/08 | Firestone, Jeffrey & Wantana | | $ | (2,882.00) | $ | (236,760.00) |
| CNB | 2214399 | Withdrawal | 08/04/08 | Firestone, Jeffrey & Wantana | | $ | (2,797.50) | $ | (239,557.50) |
| CNB | 2214399 | Withdrawal | 09/03/08 | Firestone, Jeffrey & Wantana | | $ | (2,852.00) | $ | (242,409.50) |
| CNB | 2214399 | Withdrawal | 09/15/08 | Firestone, Jeffrey & Wantana | | $ | (181.50) | $ | (242,591.00) |
| CNB | 2214399 | Withdrawal | 09/15/08 | Firestone, Jeffrey & Wantana | | $ | (176.00) | $ | (242,767.00) |
| CNB | 2214399 | Withdrawal | 09/15/08 | Firestone, Jeffrey & Wantana | | $ | (180.50) | $ | (242,947.50) |
| CNB | 2214399 | Withdrawal | 10/07/08 | Firestone, Jeffrey & Wantana | | $ | (2,876.00) | $ | (245,823.50) |
| CNB | 2214399 | Withdrawal | 11/12/08 | Firestone, Jeffrey & Wantana | | $ | (2,847.00) | $ | (248,670.50) |
| CNB | 2214399 | Withdrawal | 11/19/08 | Firestone, Jeffrey & Wantana | | $ | (176.00) | $ | (248,846.50) |
| CNB | 2214399 | Withdrawal | 11/19/08 | Firestone, Jeffrey & Wantana | | $ | (181.00) | $ | (249,027.50) |
| CNB | 2214399 | Withdrawal | 12/11/08 | Firestone, Jeffrey & Wantana | | $ | (2,784.50) | $ | (251,812.00) |
| CNB | 2214399 | Withdrawal | 01/07/09 | Firestone, Jeffrey & Wantana | | $ | (2,635.00) | $ | (254,447.00) |
| CNB | 2214399 | Withdrawal | 02/06/09 | Firestone, Jeffrey & Wantana | | $ | (2,616.50) | $ | (257,063.50) |
| CNB | 2214399 | Withdrawal | 02/17/09 | Firestone, Jeffrey & Wantana | | $ | (178.50) | $ | (257,242.00) |
| CNB | 2214399 | Withdrawal | 02/17/09 | Firestone, Jeffrey & Wantana | | $ | (168.50) | $ | (257,410.50) |
| CNB | 2214399 | Withdrawal | 02/17/09 | Firestone, Jeffrey & Wantana | | $ | (164.50) | $ | (257,575.00) |
| CNB | 2214399 | Withdrawal | 03/16/09 | Firestone, Jeffrey & Wantana | | $ | (2,544.00) | $ | (260,119.00) |
| CNB | 2214399 | Withdrawal | 04/03/09 | Firestone, Jeffrey & Wantana | | $ | (2,465.00) | $ | (262,584.00) |
| CNB | 2214399 | Withdrawal | 04/06/09 | Firestone, Jeffrey & Wantana | | $ | (160.00) | $ | (262,744.00) |
| CNB | 2214399 | Withdrawal | 04/27/09 | Firestone, Jeffrey & Wantana | | $ | (162.50) | $ | (262,906.50) |
| CNB | 2214399 | Withdrawal | 06/09/09 | Firestone, Jeffrey & Wantana | | $ | (2,509.50) | $ | (265,416.00) |
| CNB | 2214399 | Withdrawal | 06/09/09 | Firestone, Jeffrey & Wantana | | $ | (2,483.00) | $ | (267,899.00) |
| CNB | 2214399 | Withdrawal | 07/06/09 | Firestone, Jeffrey & Wantana | | $ | (2,538.50) | $ | (270,437.50) |
| CNB | 2214399 | Withdrawal | 07/27/09 | Firestone, Jeffrey & Wantana | | $ | (155.00) | $ | (270,592.50) |
| CNB | 2214399 | Withdrawal | 07/27/09 | Firestone, Jeffrey & Wantana | | $ | (160.50) | $ | (270,753.00) |
| CNB | 2214399 | Withdrawal | 07/27/09 | Firestone, Jeffrey & Wantana | | $ | (163.00) | $ | (270,916.00) |
| CNB | 2214399 | Withdrawal | 08/17/09 | Firestone, Jeffrey & Wantana | | $ | (2,468.00) | $ | (273,384.00) |
| CNB | 2214399 | Withdrawal | 09/09/09 | Firestone, Jeffrey & Wantana | | $ | (2,471.50) | $ | (275,855.50) |
| CNB | 2214399 | Withdrawal | 09/14/09 | Firestone, Jeffrey & Wantana | | $ | (162.50) | $ | (276,018.00) |
| CNB | 2214399 | Withdrawal | 10/16/09 | Firestone, Jeffrey & Wantana | | $ | (165.00) | $ | (276,183.00) |
| CNB | 2214399 | Withdrawal | 10/16/09 | Firestone, Jeffrey & Wantana | | $ | (2,508.50) | $ | (278,691.50) |
| CNB | 2214399 | Withdrawal | 10/16/09 | Firestone, Jeffrey & Wantana | | $ | (167.00) | $ | (278,858.50) |
| CNB | 2214399 | Withdrawal | 11/04/09 | Firestone, Jeffrey & Wantana | | $ | (2,483.00) | $ | (281,341.50) |
| CNB | 2214399 | Withdrawal | 12/08/09 | Firestone, Jeffrey & Wantana | | $ | (2,485.00) | $ | (283,826.50) |
| CNB | 2214399 | Withdrawal | 01/20/10 | Firestone, Jeffrey & Wantana | | $ | (2,555.00) | $ | (286,381.50) |
| CNB | 2214399 | Withdrawal | 01/20/10 | Firestone, Jeffrey & Wantana | | $ | (174.00) | $ | (286,555.50) |
| CNB | 2214399 | Withdrawal | 02/09/10 | Firestone, Jeffrey & Wantana | | $ | (2,584.50) | $ | (289,140.00) |
| CNB | 2214399 | Withdrawal | 02/09/10 | Firestone, Jeffrey & Wantana | | $ | (169.50) | $ | (289,309.50) |
| CNB | 2214399 | Withdrawal | 03/23/10 | Firestone, Jeffrey & Wantana | | $ | (164.00) | $ | (289,473.50) |
| CNB | 2214399 | Withdrawal | 03/23/10 | Firestone, Jeffrey & Wantana | | $ | (168.00) | $ | (289,641.50) |
| CNB | 2214399 | Withdrawal | 03/23/10 | Firestone, Jeffrey & Wantana | | $ | (2,645.50) | $ | (292,287.00) |
| CNB | 2214399 | Withdrawal | 03/23/10 | Firestone, Jeffrey & Wantana | | $ | (174.50) | $ | (292,461.50) |
| CNB | 2214399 | Withdrawal | 04/13/10 | Firestone, Jeffrey & Wantana | | $ | (2,768.00) | $ | (295,229.50) |
| CNB | 2214399 | Withdrawal | 05/11/10 | Firestone, Jeffrey & Wantana | | $ | (179.00) | $ | (295,408.50) |
| CNB | 2214399 | Withdrawal | 05/11/10 | Firestone, Jeffrey & Wantana | | $ | (2,844.50) | $ | (298,253.00) |
| CNB | 2214399 | Withdrawal | 05/11/10 | Firestone, Jeffrey & Wantana | | $ | (184.50) | $ | (298,437.50) |
| CNB | 2214399 | Withdrawal | 06/15/10 | Firestone, Jeffrey & Wantana | | $ | (2,824.50) | $ | (301,262.00) |
| CNB | 2214399 | Withdrawal | 06/15/10 | Firestone, Jeffrey & Wantana | | $ | (188.00) | $ | (301,450.00) |
| CNB | 2214399 | Withdrawal | 06/22/10 | Firestone, Jeffrey & Wantana | | $ | (5,905.00) | $ | (307,355.00) |
| CNB | 2214399 | Withdrawal | 07/06/10 | Firestone, Jeffrey & Wantana | | $ | (2,825.00) | $ | (310,180.00) |
| CNB | 2214399 | Withdrawal | 07/06/10 | Firestone, Jeffrey & Wantana | | $ | (185.50) | $ | (310,365.50) |
| CNB | 2214399 | Withdrawal | 08/03/10 | Firestone, Jeffrey & Wantana | | $ | (2,887.00) | $ | (313,252.50) |
| CNB | 2214399 | Withdrawal | 09/07/10 | Firestone, Jeffrey & Wantana | | $ | (4,016.00) | $ | (317,268.50) |
| CNB | 2214399 | Withdrawal | 10/05/10 | Firestone, Jeffrey & Wantana | | $ | (4,054.50) | $ | (321,323.00) |
| CNB | 2214399 | Withdrawal | 10/07/10 | Firestone, Jeffrey & Wantana | | $ | (185.50) | $ | (321,508.50) |
| CNB | 2214399 | Withdrawal | 10/07/10 | Firestone, Jeffrey & Wantana | | $ | (190.00) | $ | (321,698.50) |
| CNB | 2214399 | Withdrawal | 10/07/10 | Firestone, Jeffrey & Wantana | | $ | (195.00) | $ | (321,893.50) |
| CNB | 2214399 | Withdrawal | 11/05/10 | Firestone, Jeffrey & Wantana | | $ | (3,996.00) | $ | (325,889.50) |
| CNB | 2214399 | Withdrawal | 11/26/10 | Firestone, Jeffrey & Wantana | | $ | (193.00) | $ | (326,082.50) |
| CNB | 2214399 | Withdrawal | 12/07/10 | Firestone, Jeffrey & Wantana | | $ | (4,106.50) | $ | (330,189.00) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | | Cumulative Total |
|---|---|---|---|---|---|---|---|---|
| CNB | 2214399 | Withdrawal | 12/07/10 | Firestone, Jeffrey & Wantana | | $ | (201.00) | $ (330,390.00) |
| CNB | 2214399 | Withdrawal | 01/04/11 | Firestone, Jeffrey & Wantana | | $ | (4,220.00) | $ (334,610.00) |
| CNB | 2214399 | Withdrawal | 01/06/11 | Firestone, Jeffrey & Wantana | | $ | (208.00) | $ (334,818.00) |
| CNB | 2214399 | Withdrawal | 02/03/11 | Firestone, Jeffrey & Wantana | | $ | (4,333.00) | $ (339,151.00) |
| CNB | 2214399 | Withdrawal | 02/03/11 | Firestone, Jeffrey & Wantana | | $ | (213.00) | $ (339,364.00) |
| CNB | 2214399 | Withdrawal | 03/02/11 | Firestone, Jeffrey & Wantana | | $ | (4,341.50) | $ (343,705.50) |
| CNB | 2214399 | Withdrawal | 03/14/11 | Firestone, Jeffrey & Wantana | | $ | (218.00) | $ (343,923.50) |
| CNB | 2214399 | Withdrawal | 04/04/11 | Firestone, Jeffrey & Wantana | | $ | (4,251.50) | $ (348,175.00) |
| CND | 2214399 | Withdrawal | 04/04/11 | Firestone, Jeffrey & Wantana | | $ | (213.00) | $ (348,388.00) |
| CNB | 2214399 | Withdrawal | 04/21/11 | Firestone, Jeffrey & Wantana | | $ | (1,441.00) | $ (349,829.00) |
| CNB | 2214399 | Withdrawal | 05/04/11 | Firestone, Jeffrey & Wantana | | $ | (4,354.00) | $ (354,183.00) |
| CNB | 2214399 | Withdrawal | 05/04/11 | Firestone, Jeffrey & Wantana | | $ | (219.00) | $ (354,402.00) |
| CNB | 2214399 | Withdrawal | 06/02/11 | Firestone, Jeffrey & Wantana | | $ | (4,254.00) | $ (358,656.00) |
| CNB | 2214399 | Withdrawal | 06/06/11 | Firestone, Jeffrey & Wantana | | $ | (216.50) | $ (358,872.50) |
| CNB | 2214399 | Withdrawal | 07/05/11 | Firestone, Jeffrey & Wantana | | $ | (4,276.00) | $ (363,148.50) |
| CNB | 2214399 | Withdrawal | 08/03/11 | Firestone, Jeffrey & Wantana | | $ | (4,358.00) | $ (367,506.50) |
| CNB | 2214399 | Withdrawal | 08/09/11 | Firestone, Jeffrey & Wantana | | $ | (218.00) | $ (367,724.50) |
| CNB | 2214399 | Withdrawal | 08/09/11 | Firestone, Jeffrey & Wantana | | $ | (213.50) | $ (367,938.00) |
| CNB | 2214399 | Withdrawal | 09/02/11 | Firestone, Jeffrey & Wantana | | $ | (4,305.50) | $ (372,243.50) |
| CNB | 2214399 | Withdrawal | 09/21/11 | Firestone, Jeffrey & Wantana | | $ | (209.00) | $ (372,452.50) |
| CNB | 2214399 | Withdrawal | 10/04/11 | Firestone, Jeffrey & Wantana | | $ | (4,394.50) | $ (376,847.00) |
| CNB | 2214399 | Withdrawal | 10/11/11 | Firestone, Jeffrey & Wantana | | $ | (213.50) | $ (377,060.50) |
| CNB | 2214399 | Withdrawal | 11/04/11 | Firestone, Jeffrey & Wantana | | $ | (4,309.00) | $ (381,369.50) |
| CNB | 2214399 | Withdrawal | 11/04/11 | Firestone, Jeffrey & Wantana | | $ | (209.00) | $ (381,578.50) |
| CNB | 2214399 | Withdrawal | 12/05/11 | Firestone, Jeffrey & Wantana | | $ | (4,274.50) | $ (385,853.00) |
| CNB | 2214399 | Withdrawal | 12/08/11 | Firestone, Jeffrey & Wantana | | $ | (205.00) | $ (386,058.00) |
| CNB | 2214399 | Withdrawal | 01/05/12 | Firestone, Jeffrey & Wantana | | $ | (4,276.50) | $ (390,334.50) |
| CNB | 2214399 | Withdrawal | 01/05/12 | Firestone, Jeffrey & Wantana | | $ | (211.50) | $ (390,546.00) |
| CNB | 2214399 | Withdrawal | 02/02/12 | Firestone, Jeffrey & Wantana | | $ | (4,288.50) | $ (394,834.50) |
| CND | 2214399 | Withdrawal | 02/07/12 | Firestone, Jeffrey & Wantana | | $ | (207.50) | $ (395,042.00) |
| CNB | 2214399 | Withdrawal | 03/02/12 | Firestone, Jeffrey & Wantana | | $ | (4,306.00) | $ (399,348.00) |
| CNB | 2214399 | Withdrawal | 03/05/12 | Firestone, Jeffrey & Wantana | | $ | (211.00) | $ (399,559.00) |
| CNB | 2214399 | Withdrawal | 04/04/12 | Firestone, Jeffrey & Wantana | | $ | (207.50) | $ (399,766.50) |
| CNB | 2214399 | Withdrawal | 04/04/12 | Firestone, Jeffrey & Wantana | | $ | (4,224.00) | $ (403,990.50) |
| CNB | 2214399 | Withdrawal | 05/03/12 | Firestone, Jeffrey & Wantana | | $ | (4,355.50) | $ (408,346.00) |
| CNB | 2214399 | Withdrawal | 05/07/12 | Firestone, Jeffrey & Wantana | | $ | (215.50) | $ (408,561.50) |
| CNB | 2214399 | Withdrawal | 06/04/12 | Firestone, Jeffrey & Wantana | | $ | (4,292.50) | $ (412,854.00) |
| CNB | 2214399 | Withdrawal | 06/05/12 | Firestone, Jeffrey & Wantana | | $ | (211.50) | $ (413,065.50) |
| CNB | 2214399 | Withdrawal | 07/09/12 | Firestone, Jeffrey & Wantana | | $ | (5,516.50) | $ (418,582.00) |
| CNB | 2214399 | Withdrawal | 07/09/12 | Firestone, Jeffrey & Wantana | | $ | (220.50) | $ (418,802.50) |
| CNB | 2214399 | Withdrawal | 07/16/12 | Firestone, Jeffrey & Wantana | | $ | (666.00) | $ (419,468.50) |
| CNB | 2214399 | Withdrawal | 08/03/12 | Firestone, Jeffrey & Wantana | | $ | (6,111.50) | $ (425,580.00) |
| CNB | 2214399 | Withdrawal | 08/03/12 | Firestone, Jeffrey & Wantana | | $ | (216.00) | $ (425,796.00) |
| CND | 2214399 | Withdrawal | 09/04/12 | Firestone, Jeffrey & Wantana | | $ | (6,509.00) | $ (432,305.00) |
| CNB | 2214399 | Withdrawal | 09/06/12 | Firestone, Jeffrey & Wantana | | $ | (211.50) | $ (432,516.50) |
| CNB | 2214399 | Withdrawal | 10/01/12 | Firestone, Jeffrey & Wantana | | $ | (6,536.00) | $ (439,052.50) |
| CNB | 2214399 | Withdrawal | 10/09/12 | Firestone, Jeffrey & Wantana | | $ | (209.00) | $ (439,261.50) |
| CNB | 2214399 | Withdrawal | 11/06/12 | Firestone, Jeffrey & Wantana | | $ | (6,521.50) | $ (445,783.00) |
| CNB | 2214399 | Withdrawal | 11/06/12 | Firestone, Jeffrey & Wantana | | $ | (215.50) | $ (445,998.50) |
| CNB | 2214399 | Withdrawal | 12/03/12 | Firestone, Jeffrey & Wantana | | $ | (6,485.00) | $ (452,483.50) |
| CNB | 2214399 | Withdrawal | 12/07/12 | Firestone, Jeffrey & Wantana | | $ | (222.00) | $ (452,705.50) |
| CNB | 2214399 | Withdrawal | 01/02/13 | Firestone, Jeffrey & Wantana | | $ | (6,495.00) | $ (459,200.50) |
| CNB | 2214399 | Withdrawal | 01/15/13 | Firestone, Jeffrey & Wantana | | $ | (216.00) | $ (459,416.50) |
| CNB | 2214399 | Withdrawal | 02/04/13 | Firestone, Jeffrey & Wantana | | $ | (6,460.50) | $ (465,877.00) |
| CNB | 2214399 | Withdrawal | 02/05/13 | Firestone, Jeffrey & Wantana | | $ | (220.50) | $ (466,097.50) |
| CNB | 2214399 | Withdrawal | 03/04/13 | Firestone, Jeffrey & Wantana | | $ | (6,473.50) | $ (472,571.00) |
| CNB | 2214399 | Withdrawal | 03/04/13 | Firestone, Jeffrey & Wantana | | $ | (225.50) | $ (472,796.50) |
| CNB | 2214399 | Withdrawal | 04/01/13 | Firestone, Jeffrey & Wantana | | $ | (6,422.50) | $ (479,219.00) |
| CNB | 2214399 | Withdrawal | 04/02/13 | Firestone, Jeffrey & Wantana | | $ | (220.50) | $ (479,439.50) |
| CNB | 2214399 | Withdrawal | 05/02/13 | Firestone, Jeffrey & Wantana | | $ | (6,328.50) | $ (485,768.00) |
| CNB | 2214399 | Withdrawal | 05/08/13 | Firestone, Jeffrey & Wantana | | $ | (217.00) | $ (485,985.00) |
| CNB | 2214399 | Withdrawal | 06/03/13 | Firestone, Jeffrey & Wantana | | $ | (6,265.00) | $ (492,250.00) |
| CNB | 2214399 | Withdrawal | 06/04/13 | Firestone, Jeffrey & Wantana | | $ | (213.50) | $ (492,463.50) |
| CNB | 2214399 | Withdrawal | 07/08/13 | Firestone, Jeffrey & Wantana | | $ | (6,419.00) | $ (498,882.50) |
| CNB | 2214399 | Withdrawal | 07/15/13 | Firestone, Jeffrey & Wantana | | $ | (2,008.00) | $ (500,890.50) |
| CNB | 2214399 | Withdrawal | 08/01/13 | Firestone, Jeffrey & Wantana | | $ | (6,419.00) | $ (507,309.50) |
| CNB | 2214399 | Withdrawal | 09/03/13 | Firestone, Jeffrey & Wantana | | $ | (6,430.50) | $ (513,740.00) |
| CNB | 2214399 | Withdrawal | 09/05/13 | Firestone, Jeffrey & Wantana | | $ | (2,012.00) | $ (515,752.00) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 2214399 | Withdrawal | 10/04/13 | Firestone, Jeffrey & Wantana | | $ (6,439.50) | $ (522,191.50) |
| CNB | 2214399 | Withdrawal | 10/08/13 | Firestone, Jeffrey & Wantana | | $ (2,041.00) | $ (524,232.50) |
| CNB | 2214399 | Withdrawal | 11/06/13 | Firestone, Jeffrey & Wantana | | $ (6,494.00) | $ (530,726.50) |
| CNB | 2214399 | Withdrawal | 11/19/13 | Firestone, Jeffrey & Wantana | | $ (2,033.00) | $ (532,759.50) |
| CNB | 2214399 | Withdrawal | 12/05/13 | Firestone, Jeffrey & Wantana | | $ (6,536.00) | $ (539,295.50) |
| CNB | 2214399 | Withdrawal | 12/05/13 | Firestone, Jeffrey & Wantana | | $ (2,005.50) | $ (541,301.00) |
| CNB | 2214399 | Withdrawal | 01/02/14 | Firestone, Jeffrey & Wantana | | $ (6,560.50) | $ (547,861.50) |
| CNB | 2214399 | Withdrawal | 01/02/14 | Firestone, Jeffrey & Wantana | | $ (2,033.50) | $ (549,895.00) |
| CNB | 2214399 | Withdrawal | 02/04/14 | Firestone, Jeffrey & Wantana | | $ (6,586.00) | $ (556,481.00) |
| CNB | 2214399 | Withdrawal | 02/04/14 | Firestone, Jeffrey & Wantana | | $ (2,050.00) | $ (558,531.00) |
| CNB | 2214399 | Withdrawal | 03/04/14 | Firestone, Jeffrey & Wantana | | $ (6,265.00) | $ (564,796.00) |
| CNB | 2214399 | Withdrawal | 03/04/14 | Firestone, Jeffrey & Wantana | | $ (2,035.50) | $ (566,831.50) |
| CNB | 2214399 | Withdrawal | 04/02/14 | Firestone, Jeffrey & Wantana | | $ (6,136.00) | $ (572,967.50) |
| CNB | 2214399 | Withdrawal | 04/03/14 | Firestone, Jeffrey & Wantana | | $ (2,003.50) | $ (574,971.00) |
| CNB | 2214399 | Withdrawal | 05/05/14 | Firestone, Jeffrey & Wantana | | $ (6,274.00) | $ (581,245.00) |
| CNB | 2214399 | Withdrawal | 05/05/14 | Firestone, Jeffrey & Wantana | | $ (2,024.00) | $ (583,269.00) |
| CNB | 2214399 | Withdrawal | 06/02/14 | Firestone, Jeffrey & Wantana | | $ (7,101.50) | $ (590,370.50) |
| CNB | 2214399 | Withdrawal | 06/03/14 | Firestone, Jeffrey & Wantana | | $ (2,005.50) | $ (592,376.00) |
| CNB | 2214399 | Withdrawal | 07/02/14 | Firestone, Jeffrey & Wantana | | $ (7,180.00) | $ (599,556.00) |
| CNB | 2214399 | Withdrawal | 07/03/14 | Firestone, Jeffrey & Wantana | | $ (1,994.50) | $ (601,550.50) |
| CNB | 2214399 | Withdrawal | 08/06/14 | Firestone, Jeffrey & Wantana | | $ (7,160.00) | $ (608,710.50) |
| CNB | 2214399 | Withdrawal | 08/08/14 | Firestone, Jeffrey & Wantana | | $ (1,953.00) | $ (610,663.50) |
| | | | | | Total | $ (610,663.50) | |