```
 1  DAVID R. ZARO (BAR NO. 124334)
    TED FATES (BAR NO. 227809)
 2  TIM C. HSU (BAR NO. 279208)
    ALLEN MATKINS LECK GAMBLE
 3    MALLORY & NATSIS LLP
    515 South Figueroa Street, Ninth Floor
 4  Los Angeles, California 90071-3309
    Phone: (213) 622-5555
 5  Fax: (213) 620-8816
    E-Mail: dzaro@allenmatkins.com
 6          tfates@allenmatkins.com
            thsu@allenmatkins.com
 7
    Attorneys for Plaintiff
 8  WILLIAM J. HOFFMAN, Receiver
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| WILLIAM J. HOFFMAN, Court-appointed permanent receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY FIRESTONE, an individual; and WANTANA FIRESTONE, an individual,<br><br>　　　　　Defendants. | Case No. 2:15-cv-8486-SJO-FFM<br><br>[PROPOSED] JUDGMENT ON APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY COURT AS AGAINST DEFENDANTS JEFFREY FIRESTONE AND WANTANA FIRESTONE<br><br>Date:　December 21, 2015<br>Time:　10:00 a.m.<br>Ctrm:　1 - 2nd Floor<br>Judge:　Hon. S. James Otero |

## [PROPOSED] JUDGMENT

The Court, having considered the Application for Entry of Default Judgment by Court of William J. Hoffman ("Receiver"), permanent receiver for Nationwide Automated Systems, Inc. ("NASI"), Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates (collectively with NASI, "Receivership Entities"), and the supporting declarations,

exhibits and pleadings on file in this action, and good cause appearing therefor, hereby ORDERS, ADJUDGES, AND DECREES as follows:

1. The Receiver's Application is granted.

2. The Receiver's Complaint in this action was filed on October 30, 2015.

3. The Summons and Complaint was personally served on defendants Jeffrey Firestone and Wantana Firestone ("Defaulting Defendants") on November 3, 2015.

4. Defaulting Defendants failed to answer or otherwise respond to the Complaint.

5. Defaulting Defendants' failure to appear and answer this lawsuit constitutes an admission of all allegations contained in the Complaint.

6. The Clerk of this Court entered default against Defaulting Defendants on December 2, 2015.

7. The Receiver is entitled to default judgment against Defaulting Defendants.

8. Default judgment is thus hereby entered in favor of the Receiver and against Defaulting Defendants, jointly and severally, in the amount of $243,663.50, with interest to accrue on judgment pursuant to 28 U.S.C. § 1961.

9. The Receiver is further entitled to the imposition of a constructive trust in the amount of $243,663.50 over assets held by Defaulting Defendants.

Dated: _____, 2015

_____
Hon. S. James Otero
Judge, United States District Court