DAVID R. ZARO (BAR NO. 124334)
TED FATES (BAR NO. 227809)
TIM C. HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail:  dzaro@allenmatkins.com
         tfates@allenmatkins.com
         thsu@allenmatkins.com

Attorneys for Plaintiff
WILLIAM J. HOFFMAN, Receiver

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| WILLIAM J. HOFFMAN, Court-appointed permanent receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates,<br><br>        Plaintiff,<br><br>        v.<br><br>JEFFREY FIRESTONE, an individual; and WANTANA FIRESTONE, an individual,<br><br>        Defendants. | Case No. 2:15-cv-8486-SJO-FFM<br><br>DECLARATION OF WILLIAM J. HOFFMAN IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT BY COURT AS AGAINST DEFENDANTS JEFFREY FIRESTONE AND WANTANA FIRESTONE<br><br>Date:    January 11, 2016<br>Time:   10:00 a.m.<br>Ctrm:  1 - 2nd Floor<br>Judge:  Hon. S. James Otero |

## DECLARATION OF WILLIAM J. HOFFMAN

I, William J. Hoffman, declare as follows:

1.     I am the permanent receiver for Nationwide Automated Systems, Inc. ("NASI"), Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates (collectively with NASI, "Receivership Entities"), and was appointed receiver pursuant to the Preliminary Injunction and Orders (1) Freezing Assets; (2) Prohibiting the Destruction of Documents; (3) Requiring Accountings; and (4) Appointing a Receiver ("Preliminary Injunction"), entered by this Court in the Securities and Exchange Commission ("Commission") enforcement action styled as *Securities and Exchange Commission v. Nationwide Automated Systems, Inc., et al.*, United States District Court, Central District of California, Case No. 14-CV-07249-SJO (FFMx) ("SEC Action").

2.     This declaration is made in support of my Motion for Entry of Default Judgment by Court as against Defendants Jeffrey Firestone and Wantana Firestone ("Defaulted Defendants").  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify to such facts under oath.

3.     Based on my review of the Receivership Entities' records, and other documents and information obtained relating to Defaulted Defendants, Defaulted Defendants are not infants or minors, incompetent persons, or persons in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

4.     Since my appointment, my staff and I have reviewed a substantial volume of financial, accounting and banking records to reconstruct transactions of the Receivership Entities in order to perform an accounting of the assets and financial condition of the Receivership Entities.  The results of my investigation and review of the available records supports and confirms the Commissions' allegations in the SEC Action, including that NASI operated a Ponzi scheme, sold fictitious

1  ATMs to investors, and made rent and referral fee payments to investors from funds

2  raised from other investors.

3       5.    Through my investigation, and with help from my accounting

4  personnel, I have created an accurate check register showing the checks paid by

5  NASI to investors that cleared the Receivership Entities' accounts, including checks

6  paid to Defaulted Defendants.  This check register was created using information

7  from the Receivership Entities' bank statements and cleared checks, and includes

8  records showing payments the Receivership Entities received from and paid to

9  Defaulted Defendants.  A true and correct list of these payments for Defaulted

10  Defendants, created from the financial, accounting and banking records of the

11  Receivership Entities and accurately reflecting the payments the Receivership

12  Entities received from and paid to Defaulted Defendants, is attached hereto as

13  **Exhibit A** ("Schedule of Payments").

14       6.    As reflected in the Schedule of Payments, Defaulted Defendants

15  received a total of $610,663.50 in payments from NASI which is offset by their

16  initial investments in NASI totaling $367,000.00.  Accordingly, the net amount of

17  purported "profit" paid to Defaulted Defendants and subject to disgorgement is

18  $243,663.50 ("Profit Amount").

19       7.    From my investigation of the Receivership Entities' operations, and my

20  review of their available financial, accounting and banking records, Defaulted

21  Defendants provided no value in exchange for the Profit Amount.  Specifically,

22  there are no records to show that Defaulted Defendants had any business dealings

23  with NASI (or any of the other Receivership Entities) apart from the transactions

24  relating to the purchase and leasing of fictitious ATMs.  In addition, there are no

25  records to show that Defaulted Defendants provided any services or value to the

26  Receivership Entities other than the amounts they paid to NASI as purported

27  investments in the fictitious ATMs.

28

1       8.     As of the date of this Declaration, I have not received payment from

2  Defaulted Defendants of any portion of the Profit Amount.

3

4       I declare under penalty of perjury under the laws of the State of California

5  that the foregoing is true and correct.

6       Executed this 11th day of December, 2015, at San Diego, California.

7

8                                 WILLIAM J. HOFFMAN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

Equity Receivership over Nationwide Automated Systems, Inc., et al.
Schedule of Investor Payments to and from NASI
Firestone, Jeffrey & Wantana
Investor Acct. 6-0196 & 6-0444

| | Deposits (Investment) | Payments Received | Total Profit Amount |
|---|---|---|---|
| Firestone, Jeffrey & Wantana | $367,000.00 | $ (610,663.50) | $ (243,663.50) |

Firestone, Jeffrey & Wantana - Deposits to NASI:

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414410 | Deposit | 11/06/01 | Firestone, Jeffrey | 6 ATMs | $75,000.00 | $75,000.00 |
| CNB | 22414410 | Deposit | 05/22/02 | Firestone, Jeffrey | 8 ATMs | $44,000.00 | $119,000.00 |
| CNB | 22414410 | Deposit | 06/22/02 | Firestone, Jeffrey | w/ Check #1885 | $44,000.00 | $163,000.00 |
| CNB | 22414410 | Deposit | 01/29/04 | Firestone, Jeffrey | 1 ATM | $12,000.00 | $175,000.00 |
| CNB | 22414410 | Deposit | 06/25/10 | Firestone, Jeffrey | 5 ATMs | $60,000.00 | $235,000.00 |
| CNB | 22414410 | Deposit | 04/27/12 | Firestone, Jeffrey | 5 ATMs | $60,000.00 | $295,000.00 |
| CNB | 22414410 | Deposit | 06/07/12 | Firestone, Jeffrey | 1 ATM | $12,000.00 | $307,000.00 |
| CNB | 22414410 | Deposit | 04/03/13 | Firestone, Wantana | 5 ATMs | $60,000.00 | $367,000.00 |
| | | | | | Total | $367,000.00 | |

Firestone, Jeffrey & Wantana - Payments from NASI:

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 12/01/01 | Firestone, Jeffrey | | $ (1,250.00) | $ (1,250.00) |
| CNB | 22414399 | Withdrawal | 01/01/02 | Firestone, Jeffrey | | $ (1,250.00) | $ (2,500.00) |
| CNB | 22414399 | Withdrawal | 02/01/02 | Firestone, Jeffrey | | $ (1,250.00) | $ (3,750.00) |
| CNB | 22414399 | Withdrawal | 03/01/02 | Firestone, Jeffrey | | $ (1,250.00) | $ (5,000.00) |
| CNB | 22414399 | Withdrawal | 04/01/02 | Firestone, Jeffrey | | $ (1,250.00) | $ (6,250.00) |
| CNB | 22414399 | Withdrawal | 05/01/02 | Firestone, Jeffrey | | $ (1,250.00) | $ (7,500.00) |
| CNB | 22414399 | Withdrawal | 06/01/02 | Firestone, Jeffrey | | $ (1,983.33) | $ (9,483.33) |
| CNB | 22414399 | Withdrawal | 07/01/02 | Firestone, Jeffrey | | $ (1,983.33) | $ (11,466.67) |
| CNB | 22414399 | Withdrawal | 08/01/02 | Firestone, Jeffrey | | $ (2,716.67) | $ (14,183.33) |
| CNB | 22414399 | Withdrawal | 09/01/02 | Firestone, Jeffrey | | $ (2,716.67) | $ (16,900.00) |
| CNB | 22414399 | Withdrawal | 10/01/02 | Firestone, Jeffrey | | $ (2,716.67) | $ (19,616.67) |
| CNB | 22414399 | Withdrawal | 11/01/02 | Firestone, Jeffrey | | $ (2,716.67) | $ (22,333.33) |
| CNB | 22414399 | Withdrawal | 12/01/02 | Firestone, Jeffrey | | $ (2,716.67) | $ (25,050.00) |
| CNB | 22414399 | Withdrawal | 01/01/03 | Firestone, Jeffrey | | $ (2,716.67) | $ (27,766.67) |
| CNB | 22414399 | Withdrawal | 02/01/03 | Firestone, Jeffrey | | $ (2,716.67) | $ (30,483.33) |
| CNB | 22414399 | Withdrawal | 03/01/03 | Firestone, Jeffrey | | $ (2,716.67) | $ (33,200.00) |
| CNB | 22414399 | Withdrawal | 04/01/03 | Firestone, Jeffrey | | $ (2,716.67) | $ (35,916.67) |
| CNB | 22414399 | Withdrawal | 05/01/03 | Firestone, Jeffrey | | $ (2,716.67) | $ (38,633.33) |
| CNB | 22414399 | Withdrawal | 06/01/03 | Firestone, Jeffrey | | $ (2,716.67) | $ (41,350.00) |
| CNB | 22414399 | Withdrawal | 07/01/03 | Firestone, Jeffrey | | $ (2,716.67) | $ (44,066.67) |
| CNB | 22414399 | Withdrawal | 08/01/03 | Firestone, Jeffrey | | $ (2,716.67) | $ (46,783.33) |
| CNB | 22414399 | Withdrawal | 09/01/03 | Firestone, Jeffrey | | $ (2,716.67) | $ (49,500.00) |
| CNB | 22414399 | Withdrawal | 10/01/03 | Firestone, Jeffrey | | $ (2,716.67) | $ (52,216.67) |
| CNB | 22414399 | Withdrawal | 11/01/03 | Firestone, Jeffrey | | $ (2,716.67) | $ (54,933.33) |
| CNB | 22414399 | Withdrawal | 12/01/03 | Firestone, Jeffrey | | $ (2,716.67) | $ (57,650.00) |
| CNB | 22414399 | Withdrawal | 01/01/04 | Firestone, Jeffrey | | $ (2,716.67) | $ (60,366.67) |
| CNB | 22414399 | Withdrawal | 02/01/04 | Firestone, Jeffrey | | $ (2,916.67) | $ (63,283.33) |
| CNB | 22414399 | Withdrawal | 03/01/04 | Firestone, Jeffrey | | $ (2,916.67) | $ (66,200.00) |
| CNB | 22414399 | Withdrawal | 04/01/04 | Firestone, Jeffrey | | $ (2,916.67) | $ (69,116.67) |
| CNB | 22414399 | Withdrawal | 05/01/04 | Firestone, Jeffrey | | $ (2,916.67) | $ (72,033.33) |
| CNB | 22414399 | Withdrawal | 06/01/04 | Firestone, Jeffrey | | $ (2,916.67) | $ (74,950.00) |
| CNB | 22414399 | Withdrawal | 07/01/04 | Firestone, Jeffrey | | $ (2,916.67) | $ (77,866.67) |
| CNB | 22414399 | Withdrawal | 08/01/04 | Firestone, Jeffrey | | $ (2,916.67) | $ (80,783.33) |
| CNB | 22414399 | Withdrawal | 09/01/04 | Firestone, Jeffrey | | $ (2,916.67) | $ (83,700.00) |
| CNB | 22414399 | Withdrawal | 10/01/04 | Firestone, Jeffrey | | $ (2,916.67) | $ (86,616.67) |
| CNB | 22414399 | Withdrawal | 11/01/04 | Firestone, Jeffrey | | $ (2,916.67) | $ (89,533.33) |
| CNB | 22414399 | Withdrawal | 12/01/04 | Firestone, Jeffrey | | $ (2,916.67) | (92,450.00) |
| CNB | 22414399 | Withdrawal | 01/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (95,366.67) |
| CNB | 22414399 | Withdrawal | 02/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (98,283.33) |
| CNB | 22414399 | Withdrawal | 03/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (101,200.00) |
| CNB | 22414399 | Withdrawal | 04/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (104,116.67) |

Exhibit A
Page 5

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 22414399 | Withdrawal | 05/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (107,033.33) |
| CNB | 22414399 | Withdrawal | 06/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (109,950.00) |
| CNB | 22414399 | Withdrawal | 07/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (112,866.67) |
| CNB | 22414399 | Withdrawal | 08/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (115,783.33) |
| CNB | 22414399 | Withdrawal | 09/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (118,700.00) |
| CNB | 22414399 | Withdrawal | 10/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (121,616.67) |
| CNB | 22414399 | Withdrawal | 11/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (124,533.33) |
| CNB | 22414399 | Withdrawal | 12/01/05 | Firestone, Jeffrey | | $ (2,916.67) | $ (127,450.00) |
| CNB | 2214399 | Withdrawal | 12/01/05 | Firestone, Wantana | | $ (217.50) | $ (127,667.50) |
| CNB | 2214399 | Withdrawal | 01/01/06 | Firestone, Jeffrey | | $ (2,957.50) | $ (130,625.00) |
| CNB | 2214399 | Withdrawal | 01/01/06 | Firestone, Wantana | | $ (205.50) | $ (130,830.50) |
| CNB | 2214399 | Withdrawal | 02/01/06 | Firestone, Jeffrey | | $ (2,934.50) | $ (133,765.00) |
| CNB | 2214399 | Withdrawal | 02/01/06 | Firestone, Wantana | | $ (205.50) | $ (133,970.50) |
| CNB | 2214399 | Withdrawal | 03/01/06 | Firestone, Jeffrey | | $ (2,886.50) | $ (136,857.00) |
| CNB | 2214399 | Withdrawal | 03/01/06 | Firestone, Wantana | | $ (200.00) | $ (137,057.00) |
| CNB | 2214399 | Withdrawal | 04/01/06 | Firestone, Jeffrey | | $ (2,809.00) | $ (139,866.00) |
| CNB | 2214399 | Withdrawal | 04/01/06 | Firestone, Wantana | | $ (193.00) | $ (140,059.00) |
| CNB | 2214399 | Withdrawal | 05/01/06 | Firestone, Jeffrey | | $ (2,890.50) | $ (142,949.50) |
| CNB | 2214399 | Withdrawal | 05/01/06 | Firestone, Wantana | | $ (199.00) | $ (143,148.50) |
| CNB | 2214399 | Withdrawal | 06/01/06 | Firestone, Jeffrey | | $ (2,875.00) | $ (146,023.50) |
| CNB | 2214399 | Withdrawal | 06/01/06 | Firestone, Wantana | | $ (193.50) | $ (146,217.00) |
| CNB | 2214399 | Withdrawal | 07/01/06 | Firestone, Jeffrey | | $ (2,933.50) | $ (149,150.50) |
| CNB | 2214399 | Withdrawal | 07/01/06 | Firestone, Wantana | | $ (193.50) | $ (149,344.00) |
| CNB | 2214399 | Withdrawal | 08/01/06 | Firestone, Jeffrey | | $ (2,899.00) | $ (152,243.00) |
| CNB | 2214399 | Withdrawal | 08/01/06 | Firestone, Wantana | | 199.00 | $ (152,044.00) |
| CNB | 2214399 | Withdrawal | 09/01/06 | Firestone, Wantana | | $ (194.00) | $ (152,238.00) |
| CNB | 2214399 | Withdrawal | 09/01/06 | Firestone, Jeffrey | | $ (2,924.50) | $ (155,162.50) |
| CNB | 2214399 | Withdrawal | 10/01/06 | Firestone, Jeffrey | | $ (2,961.50) | $ (158,124.00) |
| CNB | 2214399 | Withdrawal | 10/01/06 | Firestone, Wantana | | $ (190.50) | $ (158,314.50) |
| CNB | 2214399 | Withdrawal | 11/01/06 | Firestone, Jeffrey | | $ (2,899.00) | $ (161,213.50) |
| CNB | 2214399 | Withdrawal | 11/01/06 | Firestone, Wantana | | $ (186.50) | $ (161,400.00) |
| CNB | 2214399 | Withdrawal | 12/01/06 | Firestone, Jeffrey | | $ (2,899.00) | $ (164,299.00) |
| CNB | 2214399 | Withdrawal | 12/01/06 | Firestone, Wantana | | $ (190.00) | $ (164,489.00) |
| CNB | 2214399 | Withdrawal | 12/31/06 | Firestone, Jeffrey | | $ (2,891.00) | $ (167,380.00) |
| CNB | 2214399 | Withdrawal | 12/31/06 | Firestone, Wantana | | $ (195.50) | $ (167,575.50) |
| CNB | 2214399 | Withdrawal | 12/31/06 | Firestone, Wantana | | $ (1,874.50) | $ (169,450.00) |
| CNB | 2214399 | Withdrawal | 02/01/07 | Firestone, Jeffrey | | $ (2,873.50) | $ (172,323.50) |
| CNB | 2214399 | Withdrawal | 02/01/07 | Firestone, Wantana | | $ (199.00) | $ (172,522.50) |
| CNB | 2214399 | Withdrawal | 02/01/07 | Firestone, Wantana | | $ (1,892.00) | $ (174,414.50) |
| CNB | 2214399 | Withdrawal | 03/01/07 | Firestone, Jeffrey | | $ (2,877.00) | $ (177,291.50) |
| CNB | 2214399 | Withdrawal | 03/01/07 | Firestone, Wantana | | $ (193.00) | $ (177,484.50) |
| CNB | 2214399 | Withdrawal | 03/01/07 | Firestone, Wantana | | $ (1,867.50) | $ (179,352.00) |
| CNB | 2214399 | Withdrawal | 04/01/07 | Firestone, Jeffrey | | $ (2,809.50) | $ (182,161.50) |
| CNB | 2214399 | Withdrawal | 04/01/07 | Firestone, Wantana | | $ (190.00) | $ (182,351.50) |
| CNB | 2214399 | Withdrawal | 04/01/07 | Firestone, Wantana | | $ (1,833.00) | $ (184,184.50) |
| CNB | 2214399 | Withdrawal | 05/01/07 | Firestone, Jeffrey | | $ (2,915.50) | $ (187,100.00) |
| CNB | 2214399 | Withdrawal | 05/01/07 | Firestone, Wantana | | $ (195.00) | $ (187,295.00) |
| CNB | 2214399 | Withdrawal | 05/01/07 | Firestone, Wantana | | $ (1,901.00) | $ (189,196.00) |
| CNB | 2214399 | Withdrawal | 06/01/07 | Firestone, Jeffrey | | $ (2,964.00) | $ (192,160.00) |
| CNB | 2214399 | Withdrawal | 06/01/07 | Firestone, Wantana | | $ (199.50) | $ (192,359.50) |
| CNB | 2214399 | Withdrawal | 06/01/07 | Firestone, Wantana | | $ (1,866.00) | $ (194,225.50) |
| CNB | 2214399 | Withdrawal | 07/01/07 | Firestone, Jeffrey | | $ (3,004.00) | $ (197,229.50) |
| CNB | 2214399 | Withdrawal | 07/01/07 | Firestone, Wantana | | $ (191.00) | $ (197,420.50) |
| CNB | 2214399 | Withdrawal | 07/01/07 | Firestone, Wantana | | $ (1,931.50) | $ (199,352.00) |
| CNB | 2214399 | Withdrawal | 08/01/07 | Firestone, Jeffrey | | $ (2,992.00) | $ (202,344.00) |
| CNB | 2214399 | Withdrawal | 08/01/07 | Firestone, Wantana | | $ (187.00) | $ (202,531.00) |
| CNB | 2214399 | Withdrawal | 09/07/07 | Firestone, Jeffrey & Wantana | | $ (2,959.00) | $ (205,490.00) |
| CNB | 2214399 | Withdrawal | 10/04/07 | Firestone, Jeffrey & Wantana | | $ (2,935.50) | $ (208,425.50) |
| CNB | 2214399 | Withdrawal | 11/07/07 | Firestone, Jeffrey & Wantana | | $ (2,962.50) | $ (211,388.00) |
| CNB | 2214399 | Withdrawal | 11/26/07 | Firestone, Jeffrey & Wantana | | $ (192.50) | $ (211,580.50) |
| CNB | 2214399 | Withdrawal | 11/26/07 | Firestone, Jeffrey & Wantana | | $ (187.00) | $ (211,767.50) |
| CNB | 2214399 | Withdrawal | 11/26/07 | Firestone, Jeffrey & Wantana | | $ (191.00) | $ (211,958.50) |
| CNB | 2214399 | Withdrawal | 12/10/07 | Firestone, Jeffrey & Wantana | | $ (2,979.00) | $ (214,937.50) |
| CNB | 2214399 | Withdrawal | 01/07/08 | Firestone, Jeffrey & Wantana | | $ (186.50) | $ (215,124.00) |
| CNB | 2214399 | Withdrawal | 01/14/08 | Firestone, Jeffrey & Wantana | | $ (3,039.00) | $ (218,163.00) |
| CNB | 2214399 | Withdrawal | 01/17/08 | Firestone, Jeffrey & Wantana | | $ (183.50) | $ (218,346.50) |
| CNB | 2214399 | Withdrawal | 02/11/08 | Firestone, Jeffrey & Wantana | | $ (2,967.00) | $ (221,313.50) |
| CNB | 2214399 | Withdrawal | 03/10/08 | Firestone, Jeffrey & Wantana | | $ (189.00) | $ (221,502.50) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 2214399 | Withdrawal | 03/10/08 | Firestone, Jeffrey & Wantana | | $ (2,953.00) | $ (224,455.50) |
| CNB | 2214399 | Withdrawal | 03/10/08 | Firestone, Jeffrey & Wantana | | $ (193.50) | $ (224,649.00) |
| CNB | 2214399 | Withdrawal | 04/04/08 | Firestone, Jeffrey & Wantana | | $ (2,946.00) | $ (227,595.00) |
| CNB | 2214399 | Withdrawal | 05/05/08 | Firestone, Jeffrey & Wantana | | $ (2,864.50) | $ (230,459.50) |
| CNB | 2214399 | Withdrawal | 06/04/08 | Firestone, Jeffrey & Wantana | | $ (189.00) | $ (230,648.50) |
| CNB | 2214399 | Withdrawal | 06/04/08 | Firestone, Jeffrey & Wantana | | $ (183.00) | $ (230,831.50) |
| CNB | 2214399 | Withdrawal | 06/04/08 | Firestone, Jeffrey & Wantana | | $ (2,861.00) | $ (233,692.50) |
| CNB | 2214399 | Withdrawal | 06/04/08 | Firestone, Jeffrey & Wantana | | $ (185.50) | $ (233,878.00) |
| CNB | 2214399 | Withdrawal | 07/15/08 | Firestone, Jeffrey & Wantana | | $ (2,882.00) | $ (236,760.00) |
| CNB | 2214399 | Withdrawal | 08/04/08 | Firestone, Jeffrey & Wantana | | $ (2,797.50) | $ (239,557.50) |
| CNB | 2214399 | Withdrawal | 09/03/08 | Firestone, Jeffrey & Wantana | | $ (2,852.00) | $ (242,409.50) |
| CNB | 2214399 | Withdrawal | 09/15/08 | Firestone, Jeffrey & Wantana | | $ (181.50) | $ (242,591.00) |
| CNB | 2214399 | Withdrawal | 09/15/08 | Firestone, Jeffrey & Wantana | | $ (176.00) | $ (242,767.00) |
| CNB | 2214399 | Withdrawal | 09/15/08 | Firestone, Jeffrey & Wantana | | $ (180.50) | $ (242,947.50) |
| CNB | 2214399 | Withdrawal | 10/07/08 | Firestone, Jeffrey & Wantana | | $ (2,876.00) | $ (245,823.50) |
| CNB | 2214399 | Withdrawal | 11/12/08 | Firestone, Jeffrey & Wantana | | $ (2,847.00) | $ (248,670.50) |
| CNB | 2214399 | Withdrawal | 11/19/08 | Firestone, Jeffrey & Wantana | | $ (176.00) | $ (248,846.50) |
| CNB | 2214399 | Withdrawal | 11/19/08 | Firestone, Jeffrey & Wantana | | $ (181.00) | $ (249,027.50) |
| CNB | 2214399 | Withdrawal | 12/18/08 | Firestone, Jeffrey & Wantana | | $ (2,784.50) | $ (251,812.00) |
| CNB | 2214399 | Withdrawal | 01/07/09 | Firestone, Jeffrey & Wantana | | $ (2,635.00) | $ (254,447.00) |
| CNB | 2214399 | Withdrawal | 02/06/09 | Firestone, Jeffrey & Wantana | | $ (2,616.50) | $ (257,063.50) |
| CNB | 2214399 | Withdrawal | 02/17/09 | Firestone, Jeffrey & Wantana | | $ (178.50) | $ (257,242.00) |
| CNB | 2214399 | Withdrawal | 02/17/09 | Firestone, Jeffrey & Wantana | | $ (168.50) | $ (257,410.50) |
| CNB | 2214399 | Withdrawal | 02/17/09 | Firestone, Jeffrey & Wantana | | $ (164.50) | $ (257,575.00) |
| CNB | 2214399 | Withdrawal | 03/16/09 | Firestone, Jeffrey & Wantana | | $ (2,544.00) | $ (260,119.00) |
| CNB | 2214399 | Withdrawal | 04/03/09 | Firestone, Jeffrey & Wantana | | $ (2,465.00) | $ (262,584.00) |
| CNB | 2214399 | Withdrawal | 04/06/09 | Firestone, Jeffrey & Wantana | | $ (160.00) | $ (262,744.00) |
| CNB | 2214399 | Withdrawal | 04/27/09 | Firestone, Jeffrey & Wantana | | $ (162.50) | $ (262,906.50) |
| CNB | 2214399 | Withdrawal | 06/09/09 | Firestone, Jeffrey & Wantana | | $ (2,509.50) | $ (265,416.00) |
| CNB | 2214399 | Withdrawal | 06/09/09 | Firestone, Jeffrey & Wantana | | $ (2,483.00) | $ (267,899.00) |
| CNB | 2214399 | Withdrawal | 07/06/09 | Firestone, Jeffrey & Wantana | | $ (2,538.50) | $ (270,437.50) |
| CNB | 2214399 | Withdrawal | 07/27/09 | Firestone, Jeffrey & Wantana | | $ (155.00) | $ (270,592.50) |
| CNB | 2214399 | Withdrawal | 07/27/09 | Firestone, Jeffrey & Wantana | | $ (160.50) | $ (270,753.00) |
| CNB | 2214399 | Withdrawal | 07/27/09 | Firestone, Jeffrey & Wantana | | $ (163.00) | $ (270,916.00) |
| CNB | 2214399 | Withdrawal | 08/11/09 | Firestone, Jeffrey & Wantana | | $ (2,468.00) | $ (273,384.00) |
| CNB | 2214399 | Withdrawal | 09/09/09 | Firestone, Jeffrey & Wantana | | $ (2,471.50) | $ (275,855.50) |
| CNB | 2214399 | Withdrawal | 09/14/09 | Firestone, Jeffrey & Wantana | | $ (162.50) | $ (276,018.00) |
| CNB | 2214399 | Withdrawal | 10/16/09 | Firestone, Jeffrey & Wantana | | $ (165.00) | $ (276,183.00) |
| CNB | 2214399 | Withdrawal | 10/16/09 | Firestone, Jeffrey & Wantana | | $ (2,508.50) | $ (278,691.50) |
| CNB | 2214399 | Withdrawal | 10/16/09 | Firestone, Jeffrey & Wantana | | $ (167.00) | $ (278,858.50) |
| CNB | 2214399 | Withdrawal | 11/04/09 | Firestone, Jeffrey & Wantana | | $ (2,483.00) | $ (281,341.50) |
| CNB | 2214399 | Withdrawal | 12/08/09 | Firestone, Jeffrey & Wantana | | $ (2,485.00) | $ (283,826.50) |
| CNB | 2214399 | Withdrawal | 01/20/10 | Firestone, Jeffrey & Wantana | | $ (2,555.00) | $ (286,381.50) |
| CNB | 2214399 | Withdrawal | 01/20/10 | Firestone, Jeffrey & Wantana | | $ (174.00) | $ (286,555.50) |
| CNB | 2214399 | Withdrawal | 02/09/10 | Firestone, Jeffrey & Wantana | | $ (2,584.50) | $ (289,140.00) |
| CNB | 2214399 | Withdrawal | 02/09/10 | Firestone, Jeffrey & Wantana | | $ (169.50) | $ (289,309.50) |
| CNB | 2214399 | Withdrawal | 03/23/10 | Firestone, Jeffrey & Wantana | | $ (164.00) | $ (289,473.50) |
| CNB | 2214399 | Withdrawal | 03/23/10 | Firestone, Jeffrey & Wantana | | $ (168.00) | $ (289,641.50) |
| CNB | 2214399 | Withdrawal | 03/23/10 | Firestone, Jeffrey & Wantana | | $ (2,645.50) | $ (292,287.00) |
| CNB | 2214399 | Withdrawal | 03/23/10 | Firestone, Jeffrey & Wantana | | $ (174.50) | $ (292,461.50) |
| CNB | 2214399 | Withdrawal | 04/13/10 | Firestone, Jeffrey & Wantana | | $ (2,768.00) | $ (295,229.50) |
| CNB | 2214399 | Withdrawal | 05/11/10 | Firestone, Jeffrey & Wantana | | $ (179.00) | $ (295,408.50) |
| CNB | 2214399 | Withdrawal | 05/11/10 | Firestone, Jeffrey & Wantana | | $ (2,844.50) | $ (298,253.00) |
| CNB | 2214399 | Withdrawal | 05/11/10 | Firestone, Jeffrey & Wantana | | $ (184.50) | $ (298,437.50) |
| CNB | 2214399 | Withdrawal | 06/15/10 | Firestone, Jeffrey & Wantana | | $ (2,824.50) | $ (301,262.00) |
| CNB | 2214399 | Withdrawal | 06/15/10 | Firestone, Jeffrey & Wantana | | $ (188.00) | $ (301,450.00) |
| CNB | 2214399 | Withdrawal | 06/22/10 | Firestone, Jeffrey & Wantana | | $ (5,905.00) | $ (307,355.00) |
| CNB | 2214399 | Withdrawal | 07/06/10 | Firestone, Jeffrey & Wantana | | $ (2,825.00) | $ (310,180.00) |
| CNB | 2214399 | Withdrawal | 07/06/10 | Firestone, Jeffrey & Wantana | | $ (185.50) | $ (310,365.50) |
| CNB | 2214399 | Withdrawal | 08/03/10 | Firestone, Jeffrey & Wantana | | $ (2,887.00) | $ (313,252.50) |
| CNB | 2214399 | Withdrawal | 09/07/10 | Firestone, Jeffrey & Wantana | | $ (4,016.00) | $ (317,268.50) |
| CNB | 2214399 | Withdrawal | 10/05/10 | Firestone, Jeffrey & Wantana | | $ (4,054.50) | $ (321,323.00) |
| CNB | 2214399 | Withdrawal | 10/07/10 | Firestone, Jeffrey & Wantana | | $ (185.50) | $ (321,508.50) |
| CNB | 2214399 | Withdrawal | 10/07/10 | Firestone, Jeffrey & Wantana | | $ (190.00) | $ (321,698.50) |
| CNB | 2214399 | Withdrawal | 10/07/10 | Firestone, Jeffrey & Wantana | | $ (195.00) | $ (321,893.50) |
| CNB | 2214399 | Withdrawal | 11/05/10 | Firestone, Jeffrey & Wantana | | $ (3,996.00) | $ (325,889.50) |
| CNB | 2214399 | Withdrawal | 11/26/10 | Firestone, Jeffrey & Wantana | | $ (193.00) | $ (326,082.50) |
| CNB | 2214399 | Withdrawal | 12/07/10 | Firestone, Jeffrey & Wantana | | $ (4,106.50) | $ (330,189.00) |

| Bank Name | Account # | Trans Type | Date | Payor/Payee | Memo/Notes | Amount | Cumulative Total |
|---|---|---|---|---|---|---|---|
| CNB | 2214399 | Withdrawal | 12/07/10 | Firestone, Jeffrey & Wantana | | $ (201.00) | $ (330,390.00) |
| CNB | 2214399 | Withdrawal | 0'/04/11 | Firestone, Jeffrey & Wantana | | $ (4,220.00) | $ (334,610.00) |
| CNB | 2214399 | Withdrawal | 0'/06/11 | Firestone, Jeffrey & Wantana | | $ (208.00) | $ (334,818.00) |
| CNB | 2214399 | Withdrawal | 02/03/11 | Firestone, Jeffrey & Wantana | | $ (4,333.00) | $ (339,151.00) |
| CNB | 2214399 | Withdrawal | 02/03/11 | Firestone, Jeffrey & Wantana | | $ (213.00) | $ (339,364.00) |
| CNB | 2214399 | Withdrawal | 03/02/11 | Firestone, Jeffrey & Wantana | | $ (4,341.50) | $ (343,705.50) |
| CNB | 2214399 | Withdrawal | 03/14/11 | Firestone, Jeffrey & Wantana | | $ (218.00) | $ (343,923.50) |
| CNB | 2214399 | Withdrawal | 04/04/11 | Firestone, Jeffrey & Wantana | | $ (4,251.50) | $ (348,175.00) |
| CNB | 2214399 | Withdrawal | 04/04/11 | Firestone, Jeffrey & Wantana | | $ (213.00) | $ (348,388.00) |
| CNB | 2214399 | Withdrawal | 04/21/11 | Firestone, Jeffrey & Wantana | | $ (1,441.00) | $ (349,829.00) |
| CNB | 2214399 | Withdrawal | 05/04/11 | Firestone, Jeffrey & Wantana | | $ (4,354.00) | $ (354,183.00) |
| CNB | 2214399 | Withdrawal | 05/04/11 | Firestone, Jeffrey & Wantana | | $ (219.00) | $ (354,402.00) |
| CNB | 2214399 | Withdrawal | 06/02/11 | Firestone, Jeffrey & Wantana | | $ (4,254.00) | $ (358,656.00) |
| CNB | 2214399 | Withdrawal | 06/06/11 | Firestone, Jeffrey & Wantana | | $ (216.50) | $ (358,872.50) |
| CNB | 2214399 | Withdrawal | 07/05/11 | Firestone, Jeffrey & Wantana | | $ (4,276.00) | $ (363,148.50) |
| CNB | 2214399 | Withdrawal | 08/03/11 | Firestone, Jeffrey & Wantana | | $ (4,358.00) | $ (367,506.50) |
| CNB | 2214399 | Withdrawal | 08/09/11 | Firestone, Jeffrey & Wantana | | $ (218.00) | $ (367,724.50) |
| CNB | 2214399 | Withdrawal | 08/09/11 | Firestone, Jeffrey & Wantana | | $ (213.50) | $ (367,938.00) |
| CNB | 2214399 | Withdrawal | 09/02/11 | Firestone, Jeffrey & Wantana | | $ (4,305.50) | $ (372,243.50) |
| CNB | 2214399 | Withdrawal | 09/21/11 | Firestone, Jeffrey & Wantana | | $ (209.00) | $ (372,452.50) |
| CNB | 2214399 | Withdrawal | 10/04/11 | Firestone, Jeffrey & Wantana | | $ (4,394.50) | $ (376,847.00) |
| CNB | 2214399 | Withdrawal | 10/11/11 | Firestone, Jeffrey & Wantana | | $ (213.50) | $ (377,060.50) |
| CNB | 2214399 | Withdrawal | 1'/04/11 | Firestone, Jeffrey & Wantana | | $ (4,309.00) | $ (381,369.50) |
| CNB | 2214399 | Withdrawal | 1'/04/11 | Firestone, Jeffrey & Wantana | | $ (209.00) | $ (381,578.50) |
| CNB | 2214399 | Withdrawal | 12/05/11 | Firestone, Jeffrey & Wantana | | $ (4,274.50) | $ (385,853.00) |
| CNB | 2214399 | Withdrawal | 12/08/11 | Firestone, Jeffrey & Wantana | | $ (205.00) | $ (386,058.00) |
| CNB | 2214399 | Withdrawal | 0'/05/12 | Firestone, Jeffrey & Wantana | | $ (4,276.50) | $ (390,334.50) |
| CNB | 2214399 | Withdrawal | 0'/05/12 | Firestone, Jeffrey & Wantana | | $ (211.50) | $ (390,546.00) |
| CNB | 2214399 | Withdrawal | 02/02/12 | Firestone, Jeffrey & Wantana | | $ (4,288.50) | $ (394,834.50) |
| CNB | 2214399 | Withdrawal | 02/07/12 | Firestone, Jeffrey & Wantana | | $ (207.50) | $ (395,042.00) |
| CNB | 2214399 | Withdrawal | 03/02/12 | Firestone, Jeffrey & Wantana | | $ (4,306.00) | $ (399,348.00) |
| CNB | 2214399 | Withdrawal | 03/05/12 | Firestone, Jeffrey & Wantana | | $ (211.00) | $ (399,559.00) |
| CNB | 2214399 | Withdrawal | 04/04/12 | Firestone, Jeffrey & Wantana | | $ (207.50) | $ (399,766.50) |
| CNB | 2214399 | Withdrawal | 04/04/12 | Firestone, Jeffrey & Wantana | | $ (4,224.00) | $ (403,990.50) |
| CNB | 2214399 | Withdrawal | 05/03/12 | Firestone, Jeffrey & Wantana | | $ (4,355.50) | $ (408,346.00) |
| CNB | 2214399 | Withdrawal | 05/07/12 | Firestone, Jeffrey & Wantana | | $ (215.50) | $ (408,561.50) |
| CNB | 2214399 | Withdrawal | 06/04/12 | Firestone, Jeffrey & Wantana | | $ (4,292.50) | $ (412,854.00) |
| CNB | 2214399 | Withdrawal | 06/05/12 | Firestone, Jeffrey & Wantana | | $ (211.50) | $ (413,065.50) |
| CNB | 2214399 | Withdrawal | 07/09/12 | Firestone, Jeffrey & Wantana | | $ (5,516.50) | $ (418,582.00) |
| CNB | 2214399 | Withdrawal | 07/09/12 | Firestone, Jeffrey & Wantana | | $ (220.50) | $ (418,802.50) |
| CNB | 2214399 | Withdrawal | 07/16/12 | Firestone, Jeffrey & Wantana | | $ (666.00) | $ (419,468.50) |
| CNB | 2214399 | Withdrawal | 08/03/12 | Firestone, Jeffrey & Wantana | | $ (6,111.50) | $ (425,580.00) |
| CNB | 2214399 | Withdrawal | 08/03/12 | Firestone, Jeffrey & Wantana | | $ (216.00) | $ (425,796.00) |
| CNB | 2214399 | Withdrawal | 09/04/12 | Firestone, Jeffrey & Wantana | | $ (6,509.00) | $ (432,305.00) |
| CND | 2214399 | Withdrawal | 09/06/12 | Firestone, Jeffrey & Wantana | | $ (211.50) | $ (432,516.50) |
| CNB | 2214399 | Withdrawal | 10/01/12 | Firestone, Jeffrey & Wantana | | $ (6,536.00) | $ (439,052.50) |
| CNB | 2214399 | Withdrawal | 10/09/12 | Firestone, Jeffrey & Wantana | | $ (209.00) | $ (439,261.50) |
| CNB | 2214399 | Withdrawal | 11/06/12 | Firestone, Jeffrey & Wantana | | $ (6,521.50) | $ (445,783.00) |
| CNB | 2214399 | Withdrawal | 11/06/12 | Firestone, Jeffrey & Wantana | | $ (215.50) | $ (445,998.50) |
| CNB | 2214399 | Withdrawal | 12/03/12 | Firestone, Jeffrey & Wantana | | $ (6,485.00) | $ (452,483.50) |
| CNB | 2214399 | Withdrawal | 12/07/12 | Firestone, Jeffrey & Wantana | | $ (222.00) | $ (452,705.50) |
| CNB | 2214399 | Withdrawal | 0'/02/13 | Firestone, Jeffrey & Wantana | | $ (6,495.00) | $ (459,200.50) |
| CNB | 2214399 | Withdrawal | 0'/15/13 | Firestone, Jeffrey & Wantana | | $ (216.00) | $ (459,416.50) |
| CNB | 2214399 | Withdrawal | 02/04/13 | Firestone, Jeffrey & Wantana | | $ (6,460.50) | $ (465,877.00) |
| CNB | 2214399 | Withdrawal | 02/05/13 | Firestone, Jeffrey & Wantana | | $ (220.50) | $ (466,097.50) |
| CNB | 2214399 | Withdrawal | 03/04/13 | Firestone, Jeffrey & Wantana | | $ (6,473.50) | $ (472,571.00) |
| CNB | 2214399 | Withdrawal | 03/04/13 | Firestone, Jeffrey & Wantana | | $ (225.50) | $ (472,796.50) |
| CNB | 2214399 | Withdrawal | 04/01/13 | Firestone, Jeffrey & Wantana | | $ (6,422.50) | $ (479,219.00) |
| CNB | 2214399 | Withdrawal | 04/02/13 | Firestone, Jeffrey & Wantana | | $ (220.50) | $ (479,439.50) |
| CNB | 2214399 | Withdrawal | 05/02/13 | Firestone, Jeffrey & Wantana | | $ (6,328.50) | $ (485,768.00) |
| CNB | 2214399 | Withdrawal | 05/08/13 | Firestone, Jeffrey & Wantana | | $ (217.00) | $ (485,985.00) |
| CNB | 2214399 | Withdrawal | 06/03/13 | Firestone, Jeffrey & Wantana | | $ (6,265.00) | $ (492,250.00) |
| CNB | 2214399 | Withdrawal | 06/04/13 | Firestone, Jeffrey & Wantana | | $ (213.50) | $ (492,463.50) |
| CNB | 2214399 | Withdrawal | 07/04/13 | Firestone, Jeffrey & Wantana | | $ (6,419.00) | $ (498,882.50) |
| CNB | 2214399 | Withdrawal | 07/15/13 | Firestone, Jeffrey & Wantana | | $ (2,008.00) | $ (500,890.50) |
| CNB | 2214399 | Withdrawal | 08/01/13 | Firestone, Jeffrey & Wantana | | $ (6,419.00) | $ (507,309.50) |
| CNB | 2214399 | Withdrawal | 09/03/13 | Firestone, Jeffrey & Wantana | | $ (6,430.50) | $ (513,740.00) |
| CNB | 2214399 | Withdrawal | 09/05/13 | Firestone, Jeffrey & Wantana | | $ (2,012.00) | $ (515,752.00) |

| Bank Name | Account # | Trans Type | Date | Payer/Payee | Memo/Notes | | Amount | | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|
| CNB | 2214399 | Withdrawal | 10/04/13 | Firestone, Jeffrey & Wantana | | $ | (6,439.50) | $ | (522,191.50) |
| CNB | 2214399 | Withdrawal | 10/08/13 | Firestone, Jeffrey & Wantana | | $ | (2,041.00) | $ | (524,232.50) |
| CNB | 2214399 | Withdrawal | 11/06/13 | Firestone, Jeffrey & Wantana | | $ | (6,494.00) | $ | (530,726.50) |
| CNB | 2214399 | Withdrawal | 11/19/13 | Firestone, Jeffrey & Wantana | | $ | (2,033.00) | $ | (532,759.50) |
| CNB | 2214399 | Withdrawal | 12/05/13 | Firestone, Jeffrey & Wantana | | $ | (6,536.00) | $ | (539,295.50) |
| CNB | 2214399 | Withdrawal | 12/05/13 | Firestone, Jeffrey & Wantana | | $ | (2,005.50) | $ | (541,301.00) |
| CNB | 2214399 | Withdrawal | 01/02/14 | Firestone, Jeffrey & Wantana | | $ | (6,560.50) | $ | (547,861.50) |
| CNB | 2214399 | Withdrawal | 01/02/14 | Firestone, Jeffrey & Wantana | | $ | (2,033.50) | $ | (549,895.00) |
| CNB | 2214399 | Withdrawal | 02/04/14 | Firestone, Jeffrey & Wantana | | $ | (6,586.00) | $ | (556,481.00) |
| CNB | 2214399 | Withdrawal | 02/04/14 | Firestone, Jeffrey & Wantana | | $ | (2,050.00) | $ | (558,531.00) |
| CNB | 2214399 | Withdrawal | 03/04/14 | Firestone, Jeffrey & Wantana | | $ | (6,265.00) | $ | (564,796.00) |
| CNB | 2214399 | Withdrawal | 03/04/14 | Firestone, Jeffrey & Wantana | | $ | (2,035.50) | $ | (566,831.50) |
| CNB | 2214399 | Withdrawal | 04/02/14 | Firestone, Jeffrey & Wantana | | $ | (6,136.00) | $ | (572,967.50) |
| CNB | 2214399 | Withdrawal | 04/03/14 | Firestone, Jeffrey & Wantana | | $ | (2,003.50) | $ | (574,971.00) |
| CNB | 2214399 | Withdrawal | 05/05/14 | Firestone, Jeffrey & Wantana | | $ | (6,274.00) | $ | (581,245.00) |
| CNB | 2214399 | Withdrawal | 05/05/14 | Firestone, Jeffrey & Wantana | | $ | (2,024.00) | $ | (583,269.00) |
| CNB | 2214399 | Withdrawal | 06/02/14 | Firestone, Jeffrey & Wantana | | $ | (7,101.50) | $ | (590,370.50) |
| CNB | 2214399 | Withdrawal | 06/03/14 | Firestone, Jeffrey & Wantana | | $ | (2,005.50) | $ | (592,376.00) |
| CNB | 2214399 | Withdrawal | 07/02/14 | Firestone, Jeffrey & Wantana | | $ | (7,180.00) | $ | (599,556.00) |
| CNB | 2214399 | Withdrawal | 07/03/14 | Firestone, Jeffrey & Wantana | | $ | (1,994.50) | $ | (601,550.50) |
| CNB | 2214399 | Withdrawal | 08/06/14 | Firestone, Jeffrey & Wantana | | $ | (7,160.00) | $ | (608,710.50) |
| CNB | 2214399 | Withdrawal | 08/08/14 | Firestone, Jeffrey & Wantana | | $ | (1,953.00) | $ | (610,663.50) |
| | | | | | Total | $ | (610,663.50) | | |