DAVID R. ZARO (BAR NO. 124334)
TED FATES (BAR NO. 227809)
TIM C. HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        tfates@allenmatkins.com
        thsu@allenmatkins.com

Attorneys for Plaintiff
WILLIAM J. HOFFMAN, Receiver

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| WILLIAM J. HOFFMAN, Court-appointed permanent receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY FIRESTONE, an individual; and WANTANA FIRESTONE, an individual,<br><br>　　　　　Defendants. | Case No. 2:15-cv-8486-SJO-FFM<br><br>[PROPOSED] JUDGMENT ON MOTION FOR ENTRY OF DEFAULT JUDGMENT BY COURT AS AGAINST DEFENDANTS JEFFREY FIRESTONE AND WANTANA FIRESTONE<br><br>Date:　January 11, 2016<br>Time:　10:00 a.m.<br>Ctrm:　1 - 2nd Floor<br>Judge:　Hon. S. James Otero |

## [PROPOSED] JUDGMENT

The Court, having considered the Motion for Entry of Default Judgment ("Motion") by Court of William J. Hoffman ("Receiver"), permanent receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates, and the supporting declarations, exhibits and pleadings on file in this action, and

good cause appearing therefor, hereby ORDERS, ADJUDGES, AND DECREES as follows:

    1. The Receiver's Motion is granted.

    2. The Receiver's Complaint in this action was filed on October 30, 2015.

    3. The Summons and Complaint was personally served on defendants Jeffrey Firestone and Wantana Firestone ("Defaulting Defendants") on November 3, 2015.

    4. Defaulting Defendants failed to answer or otherwise respond to the Complaint.

    5. Defaulting Defendants' failure to appear and answer this lawsuit constitutes an admission of all allegations contained in the Complaint.

    6. The Clerk of this Court entered default against Defaulting Defendants on December 2, 2015.

    7. The Receiver is entitled to default judgment against Defaulting Defendants.

    8. Default judgment is thus hereby entered in favor of the Receiver and against Defaulting Defendants, jointly and severally, in the amount of $243,663.50, with interest to accrue on judgment pursuant to 28 U.S.C. § 1961.

    9. The Receiver is further entitled to the imposition of a constructive trust in the amount of $243,663.50 over assets held by Defaulting Defendants.

Dated: _____, 2016

                                               Hon. S. James Otero
                                               Judge, United States District Court